...

...

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
VALE S.A.,                                                 :
                                                           :
                          Petitioner                       :
                                                           :
          -against-                                        :
                                                           :
BSG RESOURCES LIMITED,                                     :
                                                           :
                          Respondent.                      :
                                                           :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/25/2019__

19-CV-3619 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

This case has been assigned to me for all purposes.  On April 23, 2019, Petitioner filed a petition seeking to confirm an arbitration award, along with a memorandum of law and declaration in support.  Petitioner has not yet docketed an affidavit of service.

Proceedings to confirm or to vacate arbitration awards must be "treated as akin to a motion for summary judgment." *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  It is hereby:

ORDERED that Respondent's opposition, if any, is due within twenty-eight (28) days of being served with this Order.  Petitioner's reply, if any, is due within fourteen (14) days of being served with the opposition.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent and file an affidavit on ECF certifying that such service has been effected.

SO ORDERED.

Dated:   April 25, 2019
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge