USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Vale S.A.*

v.

*BSG Resources Limited*

# CERTIFICATE OF MAILING

Case No.: 19-cv-3619 (VSB)

I hereby certify under the penalties of perjury that on the  01  day of May, 2019, I served:

BSG Resources Limited, West Wing, Frances House, Sir William Place, St. Peter Port, Guernsey, GY1 1GX

☒ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

  1   copy(ies) of the   See the Attached Rider

by   Federal Express # 8048 4589 4000   .

Dated: New York, New York
       05/01/ 2019

RUBY J. KRAJICK
CLERK OF COURT

Melina Roberts
DEPUTY CLERK

# Rider

- Summons;
- Notice of Petition for Recognition and Enforcement of a Foreign Arbitration Award;
- Petition for Recognition and Enforcement of a Foreign Arbitration Award;
- Civil Cover Sheet;
- Petitioner Vale S.A.'s Memorandum of Law in Support of Its Petition for Recognition and Enforcement of a Foreign Arbitration Award;
- Declaration of Jonathan I. Blackman in Support of Vale S.A.'s Petition for Recognition and Enforcement of a Foreign Arbitration Award, with Exhibits A-D;
- Order of the Court, dated April 25, 2019;
- Rule 7.1 Disclosure Statement;
- Notices of Appearance by Jonathan I. Blackman, Jeffrey A. Rosenthal, Emily J. Balter and Samuel L. Levander;
- Individual Rules of Practice, Judge Robert. W. Lehrburger;
- Individual Rules of Practice, Judge Vernon S. Broderick; and
- ECF Filing Rules

# FedEx International Air Waybill

For FedEx services worldwide.

/0039/0250/0011474829/9

**1 From** *Please print and press hard.*

Date 04/26/2019
Sender's FedEx Account Number 1300-9430-5

Sender's Name: Jonathan I. Blackman  Phone: 212-225-2575

Company: CLEARY GOTTLIEB

Address: 1 LIBERTY PLZ FL 42

City: NEW YORK   State: NY   ZIP: 10006

Country: US

**2 To**

Recipient's Name: 

Company: BSG Resources Limited

Address: West Wing, Frances House

Address: Sir William Place

City: St. Peter Port   State/Province: Guernsey   Postal Code: GY1 1GX

Phone: 44 1481 812000

**3 Shipment Information**

Commodity Description: LEGAL DOCUMENTS

**4 Express Package Service** — FedEx Intl. Priority

**5 Packaging** — ☒ FedEx Envelope

**7 Payment** — ☒ Sender

FedEx Tracking Number: 8048 4589 4000

Form ID No. 0402

568



8048 4589 4000

804458940000 (repeated on PACKAGE LABEL, COMMERCIAL INVOICE LABEL, DELIVERY RECORD LABEL, DELIVERY REATTEMPT LABEL)