```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:                          │
│ DATE FILED:                     │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Vale S.A.*

v.

*BSG Resources Limited*

**CERTIFICATE OF MAILING**

Case No.:   19-cv-3619 (VSB)

I hereby certify under the penalties of perjury that on the __01__ day of May, 2019, I served:_____

  BSG Resources Limited, c/o William Callewaert, BDO Limited, Rue Du Pre, St. Peter Port, Guernsey GY1 3QG

☒  the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐  the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐  the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐  the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__1__ copy(ies) of the _____See the Attached Rider_____

by ___Federal Express # 8048 4589 4011___.

Dated:  New York, New York
          05/01/ 2019

RUBY J. KRAJICK
CLERK OF COURT

*Melina Roberts* (signature)

Melina Roberts
DEPUTY CLERK

## **Rider**

- Summons;
- Notice of Petition for Recognition and Enforcement of a Foreign Arbitration Award;
- Petition for Recognition and Enforcement of a Foreign Arbitration Award;
- Civil Cover Sheet;
- Petitioner Vale S.A.'s Memorandum of Law in Support of Its Petition for Recognition and Enforcement of a Foreign Arbitration Award;
- Declaration of Jonathan I. Blackman in Support of Vale S.A.'s Petition for Recognition and Enforcement of a Foreign Arbitration Award, with Exhibits A-D;
- Order of the Court, dated April 25, 2019;
- Rule 7.1 Disclosure Statement;
- Notices of Appearance by Jonathan I. Blackman, Jeffrey A. Rosenthal, Emily J. Balter and Samuel L. Levander;
- Individual Rules of Practice, Judge Robert. W. Lehrburger;
- Individual Rules of Practice, Judge Vernon S. Broderick; and
- ECF Filing Rules

**FedEx Express** — International Air Waybill

Tracking Number: 8048 4589 4011

**1 From** (Please print and press hard.)
- Date: 04/26/2019
- Sender's Name: Jonathan I. Blackman
- Phone: 212 225-2575
- Sender's FedEx Account Number: 0100-9430-5
- Company: CLEARY GOTTLIEB
- Address: 1 LIBERTY PLZ FL 42
- City: NEW YORK
- State: NY
- Country: US

**2 To**
- Recipient's Name: BSG Resources Limited
- Phone: 44 (0) 1481724561
- Company: c/o William Callewaert
- Address: BDO Limited
- Address: Rue du Pré
- City: St Peter Port
- Country: Guernsey
- Postal Code: GY1 3QG

**3 Shipment Information**
- Commodity Description: LEGAL DOCUMENTS

**4 Express Package Service**
- [X] FedEx Intl. Priority

**5 Packaging**
- [X] FedEx Envelope

**7 Payment** — Bill transportation charges to:
- [X] Sender

**8 Your Internal Billing Reference**

**9 Required Signature**

Form ID No. 0402