**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VALE S.A.,<br><br>   Petitioner,<br><br>v.<br><br>BSG RESOURCES LIMITED,<br><br>   Respondent. | Case No. 19-cv-3619-VSB<br><br>Hon. Vernon S. Broderick |

**NOTICE OF CROSS-MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO ADJOURN THE DECISION ON THE ENFORCEMENT OF THE AWARD**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the supporting Declaration of Frederick D. Hyman, executed on June 4, 2019, and all exhibits thereto, Respondent BSG Resources Limited ("BSGR") hereby moves this Court, before the Honorable Vernon S. Broderick, United States District Court, Southern District of New York, 40 Foley Square, New York, New York for an order: (1) dismissing Petitioner Vale S.A.'s Petition for Recognition and Enforcement of a Foreign Arbitration Award pursuant to Article V of the United Nations Convention on the Recognition of Enforcement of Foreign Arbitral Awards (the "Convention"), implemented through 9 U.S.C. §§ 201–208; or, in the alternative, (2) to adjourn the decision on Vale S.A.'s Petition pursuant to Article VI of the Convention, in light of the challenge to the underlying arbitration award that is currently pending in the United Kingdom.

Dated: June 4, 2019  
New York, New York

Respectfully submitted,

/s/ Frederick D. Hyman
Frederick D. Hyman (NY 2553832)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
RHyman@duanemorris.com

*Counsel for BSG Resources Limited*

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 4, 2019, the foregoing document was served on the following counsel of record for Plaintiff via electronic notification through the Court's e-filing system:

Emily Justine Balter
Cleary Gottlieb Steen & Hamilton LLP (NYC)
One Liberty Plaza
New York, NY 10006
Email: ebalter@cgsh.com

Jeffrey A. Rosenthal
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
Email: jrosenthal@cgsh.com

Samuel Loewenson Levander
Cleary Gottlieb Steen & Hamilton LLP (NYC)
One Liberty Plaza
New York, NY 10006
Email: slevander@cgsh.com

Jonathan I. Blackman
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
212-225-2000
Email: maofiling@cgsh.com

/s/ Frederick D. Hyman
Frederick D. Hyman