# Exhibit B

# Mishcon de Reya

Our Ref:     JLL/KND/ZDSS/KC/CM/40252.8

Your Ref:    JK/PB/AG/28205-156

Cleary Gottlieb Steen & Hamilton LLP
City Place House
55 Basinghall Street
London
EC2V 5EH

Africa House
70 Kingsway
London WC2B 6AH
DX 37954 Kingsway

www.mishcon.com

24 May 2019

**BY E-MAIL (jkelly@cgsh.com)**

Dear Sirs

**Vale S.A. v BSG Resources Limited**

**Claim No: CL-2019-000269**

Please find enclosed, by way of service, the following documents:

1. Sealed Application Notice dated 23 May 2019;
2. Draft Order;
3. Letter to Court dated 23 May 2019;
4. Amended Order of Mr Justice Teare dated 17 April 2019 (amended on 17 May 2019);
5. Arbitration Claim Form dated 10 May 2019;
6. Second Witness Statement of Karel Norbert Daele dated 10 May 2019 and Exhibit KND2; and
7. Acknowledgment of Service.

As you will read, BSGR is making an application pursuant to CPR 62.18(9)(a) and paragraph 3 of the Order of Mr Justice Bryan dated 9 May 2019 (the "**Enforcement Order**") to set aside the Enforcement Order (the "**Application**"). The Application is made on the basis that BSGR has separately filed an application to challenge the arbitral award (which is the subject of the Enforcement Order) under sections 68 and 24 of the Arbitration Act 1996 (the "**Challenge**") and the effect of the Challenge, if successful, would be to set aside, annul or remit the award to the Tribunal.

Since the Application will stand or fall with the Challenge, it is plainly correct that the two applications be listed and or determined together. We have therefore requested of the Court that the Application be issued but not listed or referred to a Judge, pending agreement between the parties (or otherwise by the direction of the Court) that the two applications be heard and or determined together.

36686688.1

Switchboard:  +44 20 3321 7000    London:    Mishcon de Reya LLP
Main Fax:     +44 20 7404 5982    New York:  Mishcon de Reya New York LLP

Mishcon de Reya is a limited liability partnership, registered in England and Wales and authorised and regulated by the Solicitors Regulation Authority, SRA number 624547.



Please therefore confirm by **close of business on 30 May 2019** whether your client agrees that the Application and Challenge are to be listed to be heard and or determined together. In the event that such consent is not forthcoming, we will invite the Court to provide further direction.

Yours faithfully

*Mishcon de Reya LLP*

**Mishcon de Reya LLP**

Direct Tel:     +44 (0)20 3321 7132
Direct Fax:    +44 (0)20 3006 8956
Email:          james.libson@mishcon.com