# Exhibit C

CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2 London Wall Place | ROME |
| WASHINGTON, D.C. | London EC2Y 5AU | MILAN |
| PARIS | T: +44 20 7614 2200 | HONG KONG |
| BRUSSELS | F: +44 20 7600 1698 | BEIJING |
| FRANKFURT | clearygottlieb.com | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | | ABU DHABI |
| | | SEOUL |

Your ref: JLL/KND/HW/40252.8
Our ref: 28205-156

30 May 2019

Mishcon de Reya LLP
Africa House
70 Kingsway
London
WC2B 6AH                                                                                                             **By Email**

Dear Sirs,

**LCIA Arbitration No. 142683 – Vale SA v BSG Resources Limited**

We refer to your letter of 24 May 2019.

We note your client's request that its application to set aside the Order of Mr Justice Bryan dated 9 May 2019 (the "Set Aside Application") be heard together with its application to challenge the award of the Arbitral Tribunal dated 4 April 2018 (the "Award") under sections 68 and 24 of the Arbitration Act 1996 (together with the Set Aside Application, the "Applications").

Your client has a history of engaging in various obstructive tactics intended to delay the determination of the claims brought against it and remains in continuing breach of the Order of Mr Justice Popplewell dated 9 February 2017.  This latest request is no different and will result in the hearing of the Set Aside Application, and therefore our client's ability to enforce the Award, being delayed.  Our client has legitimate concerns that your client will take further steps to obstruct and frustrate the enforcement of the Award during such delay.  We will be writing to you further in this regard shortly, including with respect to security for the Award and security for costs.

Our client does not, therefore, agree to the Applications being listed together. Rather, our client's intention is that the Set Aside Application be heard together with any future applications which our client may make regarding security for the Award and security for costs.

Cleary Gottlieb Steen & Hamilton LLP is a Limited Liability Partnership registered in England and Wales Number OC310280. It is authorised and regulated by the Solicitors Regulation Authority. A list of the members and their professional qualifications is open to inspection at the registered office,
2 London Wall Place, London EC2Y 5AU. Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

Mishcon de Reya LLP, page 2

All of our client's rights are reserved.

Yours faithfully,

*Cleary Gottlieb Steen & Hamilton LLP*

Cleary Gottlieb Steen & Hamilton LLP