| | **Duane Morris®** | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | FREDERICK D. (RICK) HYMAN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 208 4521 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* RHyman@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | |
| HO CHI MINH CITY | | |

> **APPLICATION DENIED**
> **SO ORDERED** /s/ Vernon S. Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 6/26/2019
>
> If, after reviewing the parties' submissions, I determine that oral argument is necessary, I will so notify the parties.

June 25, 2019

VIA ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 518
New York, NY  10007

      Re:    <u>Vale S.A. v. BSG Resources Limited, Case No. 19-cv-3619-VSB</u>

Dear Judge Broderick:

      This firm represents Respondent BSG Resources Limited in this case. I write on Respondent's behalf respectfully to request oral argument on Respondent's Cross-Motion to Dismiss or, in the Alternative, to Adjourn the Decision on the Enforcement of the Award (ECF No. 19). This case arises from a lengthy litigation history between the parties in the United Kingdom and relates to a Chapter 15 bankruptcy petition pending in the Bankruptcy Court for the Southern District of New York and an administration pending before The Guernsey Royal Court. Oral argument will assist the Court in addressing the substantial legal and factual issues in the parties' briefing.

      Respectfully submitted,

      /s/ Frederick D. (Rick) Hyman
      Frederick D. (Rick) Hyman

cc:    Counsel of record