UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
VALE S.A.,                                                  :
:
                Plaintiff,         :
:    19-CV-3619 (VSB)
      -against-                                      :
:    **ORDER**
BSG RESOURCES LIMITED,                                      :
:
                Defendant.         :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Plaintiff's September 23, 2019 letter, (Doc. 31), informing me of the English High Court's decision denying BSGR's application to set aside the arbitral award in favor of Plaintiff, and characterizing Defendant's opposition to Plaintiff's petition and its cross-motion to dismiss, or in the alternative to adjourn the decision on enforcement of the award, (Docs. 19–20), as therefore moot.  Accordingly, it is hereby:

      ORDERED that Defendant is directed to submit a response to Plaintiff's letter by October 18, 2019, setting forth its position on Plaintiff's argument that Defendant's "sole ground for opposing recognition and enforcement in the United States . . . is now moot." (*See* Doc. 31.) Defendant is advised that failure to submit this response may result in Plaintiff's petition being granted.

SO ORDERED.

Dated: October 4, 2019
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge