# EXHIBIT C-3

1    represented to me that there is a GDPR protocol. There are

2    a couple of issues that were in dispute that were raised

3    today that I made rulings on but that you've done the lion's

4    share of the work on that. You have an agreement that

5    you're going to submit as a joint protocol and that you're

6    asking for me to approve and that I will approve. And so

7    you can put that in the order as well.

8            I'm trying to make this order one stop shopping.

9    And so if there's anything else that you, after consultation

10   back and forth, think, jeez, this would be good to put in

11   the order so that everybody understands the rules of the

12   road, if you agree upon it, I will -- I'd be stunned and

13   amazed if I didn't also think it was appropriate and useful

14   to put in the order. Because, again, this is -- the idea is

15   that this is supposed to go -- work forward for the parties

16   on things.

17           So, I think the only thing left then that we

18   talked about but didn't do it in specific detail is to

19   schedule for production. I'm really using what was put on

20   the record by the gentleman from BDO, from across the

21   Atlantic, who works for the joint administrators as to

22   what's going to happen. I'm adopting his schedule for

23   production, and that's without prejudice to anybody's rights

24   to come in and say the production's not happening fast

25   enough or to seek relief because certainly there's a concern

1   about the volume of documents.

2          So, maybe what may be the way this works, and I'm

3   thinking out loud here so I'm hoping not to muddle the

4   record, but maybe what this works is what the order should

5   talk about is the near term.  There was a discussion about

6   the second tranche and the third tranche, that the order

7   addresses those tranches.  And that for other things that

8   there's been a proposal made as to how the schedule worked

9   forward, everybody reserves their rights and that we will --

10  the parties will continue to meet and confer about things

11  beyond those immediate tranches that were represented on the

12  record.  Maybe that's the way to do it.

13          MS. SCHWEITZER:  We'll go back and look at the

14  record.  I thought he had actually given expectations to the

15  outside date for total completion so that if we were in

16  agreement with that outside date, then we can --

17          THE COURT:  Yeah, so take a look at it, at what

18  exactly he said, but that really is the go-by.  Essentially,

19  if you all can live with it, I'm happy to adopt it as, you

20  know, basically the way I thought we sort of adopted the

21  earlier discussion about timeframe.  So, that's -- but I'll

22  let you look at the transcript of what he said, but that

23  really is the point of the realm in terms of what we're

24  going to do in terms of scheduling.  So --

25          MS. SCHWEITZER:  And a procedural question.  How

1   would you like us -- whether we agree or disagree, would you

2   like us to file forms of order and letters on the docket or

3   to email to you, or what procedure what you --

4           THE COURT:  I don't think it needs to be sort of

5   notice to all.  I mean, I'm happy if you wanted to do that.

6   I don't know that it's necessary.  Because while this would

7   be relevant for other folks, it's really a discovery dispute

8   between two parties so I think it's appropriate to just, if

9   you want to submit the letter -- you want to submit the

10  order, send it to email and say, here's what we've come up

11  with.

12          And then if there is going to be an objection, I

13  would say that needs to be done within 48 hours, if you can

14  live with that timeframe, just because I'd like to get this

15  order entered before fall turns to winter.  So -- and,

16  again, I know I'm so ordering it but I know that doesn't

17  give the level of clarity that is useful for attorneys and

18  for the Court, frankly, too.  So, I would say that that's

19  where we'd end up.

20          So, I think you can submit just essentially a

21  letter with the proposed order, which you'll also attach to

22  the GDR protocol, and that should do it.

23          MS. SCHWEITZER:  That's fine.  All right, do I

24  dare ask about another hearing date?

25          MR. ROSENTHAL:  Yeah, that's what I was going to

1    ask -- when you'd like to see us again.  Or not like to see

2    us.

3              THE COURT:  I don't know that I would phrase it

4    exactly like that, with all due respect.

5              MS. SCHWEITZER:  When shall we return?

6              THE COURT:  So, give me one minute here.  So, what

7    are we thinking in terms of an appropriate date?  How far

8    out?

9              MR. HYMAN:  A month from now?

10             THE COURT:  That's what I was thinking.  Does that

11   work for everybody?

12             MS. SCHWEITZER:  Yes.

13             THE COURT:  All right, so here's what I asked you

14   to do.  I, unfortunately, don't have my calendar and program

15   open.  So, rather than wait as the Windows icon spins, why

16   don't I ask you to go to talk to Ms. Ebanks and get a date

17   about 30 days out, and since you're both here -- you're all

18   here, that way you can get a day that works for all your

19   schedules.

20             MS. SCHWEITZER:  Great.

21             THE COURT:  And if -- because it's always good to

22   be optimistic in life -- if everything is going so

23   swimmingly that we don't need to talk in a month, you'll

24   call and say we don't need to talk in a month and you'll

25   pick another date, if everybody agrees that that's the way

1    to go.  And so you'll let me know.  And if for some reason

2    there is something that is of a more fire drill nature like,

3    hypothetically, something issued by the District Court, and

4    there's sort of a need to have a conversation quickly -- I'm

5    trying to avoid that by my comments earlier today -- you'd

6    just get everybody on the phone and work out with Ms. Ebanks

7    a date and time for us to talk.

8              As you know from prior -- or you may know from

9    prior things, I usually deal with those kinds of things

10   within 24 hours and 36 if we're in the middle of something

11   crazy here in terms of getting you a time to chat.

12             MS. SCHWEITZER:  Thank you, Your Honor.

13             THE COURT:  All right.

14             MS. SCHWEITZER:  And thank you for your time

15   today.

16             MR. HYMAN:  Your Honor, we would just like an

17   opportunity to talk to our clients before trying to schedule

18   the date for a month out.  So, if --

19             THE COURT:  Yeah, that's fine.  If you want to do

20   that, that's fine.  Why don't you do that?  What you might

21   do, though, I would suggest is maybe get a couple of

22   possible dates from Ms. Ebanks, and then that way you can

23   circulate them to folks and then you can pick among them and

24   figure out which one works.

25             MR. HYMAN:  That sounds good.  Thank you, Your

1    Honor.

2              THE COURT:   All right.

3              MS. SCHWEITZER:   Thank you, Your Honor.

4              THE COURT:   All right, thank you very much.

5    (Whereupon these proceedings were concluded at 3:47 PM)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5    Sonya                    Digitally signed by Sonya
                              Landanski Hyde
6    Landanski                DN: cn=Sonya Landanski Hyde, o,
                              ou, email=digital1@veritext.com,
                              c=US
7    Hyde                     Date: 2019.10.08 16:13:50 -04'00'

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:   October 8, 2019