UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                :

VALE S.A.,                             :

                  Plaintiff,    :

          -against-          :

BSG RESOURCES LIMITED,    :

                Defendant.  :

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___12/9/2019___

19-CV-3619 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Plaintiff's December 6, 2019 letter informing me that the English High Court had denied Defendant BSG Resources Limited's challenge to the arbitral award in favor of Plaintiff, and requesting that I grant Plaintiff's petition for recognition and enforcement of that award. (Doc. 37.) Accordingly, it is hereby:

      ORDERED that Defendant shall submit a response to Plaintiff's letter by December 23, 2019, detailing the impact of the English High Court's decision, if any, on the arguments it has presented in opposition to Plaintiff's petition and in support of its cross-motion to dismiss or, in the alternative, adjourn any decision on enforcement of the arbitral award. (Docs. 19–21.)

SO ORDERED.

Dated:  December 9, 2019
       New York, New York

Vernon S. Broderick
United States District Judge