UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
VALE S.A., :
:
                    Plaintiff, :
: 19-cv-3619 (VSB)
       -against- :
: **ORDER**
BSG RESOURCES LIMITED, :
:
                  Defendant. :
:
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties February 21, 2020 letter informing me that they have settled, (Doc. 45), their proposed stipulation and order, (Doc. 46), and their proposed judgment, (Doc. 47). The Clerk of Court has informed me that the judgment cannot be entered in its current form because it states several monetary amounts in British pounds rather than U.S. dollars. Accordingly, it is hereby:

      ORDERED that the parties shall resubmit their proposed judgment with all monetary amounts stated in U.S. dollars.

      IT IS FURTHER ORDERED that the status conference currently set for March 6, 2020 is adjourned sine die.

SO ORDERED.

Dated: March 2, 2020
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge