UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALE S.A.,<br><br>    Petitioner,<br><br> -against-<br><br>BSG RESOURCES LIMITED,<br><br>    Respondent. | Case No. 19-cv-3619 |

## [PROPOSED] JUDGMENT

  Upon review and consideration of the Petitioner's Petition for Recognition and Enforcement of a Foreign Arbitral Award, and the entire record in this case, it is, this __ day of March, 2020,

  ORDERED that the Petitioner's Petition is hereby GRANTED; and it is further

  ORDERED that the Arbitral Award is hereby confirmed, recognized and will be enforced under Section 9 of the Federal Arbitration Act and Article IV of the Convention on Recognition and Enforcement of Foreign Arbitral Awards; and it is further

  ORDERED that pursuant to the Arbitral Award, Respondent BSG Resources Limited must pay Petitioner Vale S.A.:

 i. Judgment in the amount of $2,172,833,761.15 consisting of:

  a. $1,246,580,846.00 representing damages (the "<u>Damages</u>") pursuant to the Arbitral Award ¶ 1005.2;

  b. $773,454,952.42 representing pre-award interest on the Damages pursuant to the Arbitral Award ¶ 1005.3, in respect of:

    1. an initial consideration of $500,000,000, amounting to $350,479,673.33 (i.e., 3,261 days at a rate of LIBOR USD 3-month plus 7%, accrued from April 30, 2010 to April 4, 2019);

    2. promissory notes of a total value of $581,197,104, amounting to $326,674,950.99 (i.e., at a rate of LIBOR USD 3-month plus 7%, accrued from the dates set out by reference in the Arbitral Award ¶

    1005.3.2, to April 4, 2019);

   3. the costs of a feasibility study of $85,365,652, amounting to $49,707,064.29 (i.e., 2,681 days at a rate of LIBOR USD 3-month plus 7%, accrued from December 1, 2011 to April 4, 2019); and

   4. Vale's internal costs of $80,018,090, amounting to $46,593,263.81 (i.e., 2,681 days at a rate of LIBOR USD 3-month plus 7%, accrued from December 1, 2011 to April 4, 2019).

 c. $16,000,000.00 representing Vale's costs of legal representation and related costs (including experts fees), pursuant to the Arbitral Award ¶ 1005.5 (the "<u>Legal Costs</u>");

 d. $1,812,897.65 representing Vale's costs of arbitration, less certain deposits made by BSGR and costs to be borne by Vale, pursuant to the Arbitral Award ¶ 1005.5 (the "<u>Arbitration Costs</u>");

 e. Post-award compound interest on the Damages and interest on the Damages, amounting to $133,828,903.51 accrued as of the March 4, 2020 valuation date (i.e., 335 days at a rate of LIBOR USD 3-month plus 5%, accruing from April 4, 2019) and subject to future annual rests for compounding, pursuant to the Arbitral Award ¶ 1005.4;

 f. Post-award compound interest on the Legal Costs, amounting to $1,060,012.13 accrued as of the March 4, 2020 valuation date (i.e., 335 days at a rate of LIBOR USD 3-month plus 5%, accruing from April 4, 2019) and subject to future annual rests for compounding, pursuant to the Arbitral Award ¶ 1005.4;

 g. Post-award compound interest on the Arbitration Costs, amounting to $96,149.44 accrued as of the March 4, 2020 valuation date (i.e., 335 days at a rate of LIBOR GBP 3-month plus 5%, accruing from April 4, 2019) and subject to future annual rests for compounding, pursuant to the Arbitral Award ¶ 1005.5, as amended in a May 30, 2019 correction to the Arbitral Award ¶ 12; and

ii. Post-judgment interest on all foregoing amounts calculated at the federal statutory post-judgment interest rate set in 28 U.S.C. § 1961, and running from the day after entry of this Final Judgment until paid.

Dated: March   5   , 2020

       New York, New York

_____
Vernon S. Broderick
United States District Judge