# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

D: +1 212-225-2086
jrosenthal@cgsh.com

THOMAS J. MOLONEY
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM

MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
    RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
    RESIDENT COUNSEL

LOUISE M. PARENT
    OF COUNSEL

October 14, 2020

<u>VIA ECF</u>

The Honorable Vernon S. Broderick
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007
BroderickNYSDChambers@nysd.uscourts.gov

    Re: *Vale S.A. v. BSG Resources Limited,* No. 19-cv-3619

Dear Judge Broderick:

    We collectively write on behalf of Petitioner Vale S.A. ("<u>Vale</u>") and Richard Fleming, Mark Firmin and Carl Bowles in their capacity as joint administrators for BSG Resources Limited (in administration) ("<u>BSGR</u>"), (together, "<u>New Joint Administrators</u>" and together with Vale, the "<u>Parties</u>") to provide the Court with an update on the pending discovery dispute before Your Honor per Your Honor's memo endorsement on September 14, 2020, ECF No. 69.

    As discussed in the joint letters filed before Your Honor on behalf of Vale and William Callewaert and Malcolm Cohen in their capacity as former joint administrators for BSGR (together, "<u>Former Joint Administrators</u>"), Vale served the Former Joint Administrators with discovery requests on June 26, 2020 (the "<u>Discovery Requests</u>").  After the Former Joint Administrators refused to comply with the Discovery Requests, Vale moved to compel the Former Joint Administrators to produce documents responsive to the Discovery Requests.  *See* August 20, 2020 Joint Letter to Judge Broderick, ECF No. 55.

    As Your Honor is aware, on September 8, 2020, the Guernsey court discharged the Former Joint Administrators, and appointed the New Joint Administrators.  As a result, Vale then agreed to a 30-day extension to allow the New Joint Administrators an opportunity to get up

The Honorable Vernon S. Broderick, p. 2

to speed on the Discovery Requests and to give the parties an opportunity to discuss a resolution. *See* September 10, 2020 Joint Letter to Judge Broderick, ECF No. 57.  In the last month, Vale and the New Joint Administrators have been meeting and conferring on the Discovery Requests. The New Joint Administrators are awaiting books and records and other documents from the Former Joint Administrators and, upon receiving such documents, will begin reviewing and producing responsive documents and information to comply with Vale's Discovery Requests.

   Thank you for Your Honor's consideration.

              Respectfully submitted,

        */s/ Jeffrey A. Rosenthal*
        Jeffrey A. Rosenthal
        jrosenthal@cgsh.com
        Lisa M. Schweitzer
        lschweitzer@cgsh.com
        Lisa Vicens
        evicens@cgsh.com
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        One Liberty Plaza
        New York, New York  10006
        T: 212-225-2000
        F: 212-225-3999

        *Counsel for Vale S.A.*

        */s/ Shaya Rochester*
        Shaya Rochester
        shaya.rochester@katten.com
        Steven Reisman
        sreisman@katten.com
        KATTEN MUCHIN ROSENMAN LLP
        575 Madison Avenue
        New York, New York 10022
        T: 212-940-8800
        F: 212-940-8776

        – and –

        David Stagman
        *(Motion for Admission Pro Hac Vice Pending)*
        david.stagman@katten.com
        KATTEN MUCHIN ROSENMAN LLP
        525 W. Monroe Street
        Chicago, Illinois 60661-3693
        T: 312-902-5499

        *Counsel for BSG Resources Limited*