UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALE S.A.,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>BSG RESOURCES LIMITED,<br><br>　　　　　　　Respondent. | Case No. 19-cv-3619-VSB<br><br>Hon. Vernon S. Broderick |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Duane Morris LLP, by the undersigned attorney, has appeared on behalf of Respondent BSG Resources Limited in the above-captioned action on behalf of William Callewaert and Malcolm Cohen in their former capacities Joint Administrators and Foreign Representatives for the Debtor BSG Resources Limited (in administration), and hereby withdraws his appearance, including the Notice of Appearance filed by counsel on June 6, 2019 [Dkt. No. 18].

**PLEASE TAKE FURTHER NOTICE** that Duane Morris LLP thereby seek the removal of the undersigned from: (a) all service lists, and (b) the electronic noticing for the above-captioned case.

Dated: October 27, 2020
New York, New York

Respectfully submitted,

/s/ Frederick D. Hyman
Frederick D. Hyman (NY 2553832)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
RHyman@duanemorris.com

DM3\7131268.1