UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALE S.A.,<br><br>              Petitioner,<br><br>-against-<br><br>BSG RESOURCES LIMITED,<br><br>              Respondent. | Case No. 19-cv-3619 (VSB) |

### NOTICE OF MOTION TO COMPEL COMPLIANCE WITH THE DISCOVERY REQUESTS SERVED ON BENJAMIN (BENY) STEINMETZ AS ALTER EGO OF BSGR

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Jeffrey A. Rosenthal and all exhibits thereto, and Declaration of Lisa Vicens and all exhibits thereto, Petitioner Vale S.A. will move in the United States District Court for the Southern District of New York, before the Honorable Vernon S. Broderick, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, New York, at a date and time to be determined by the Court, for an order compelling Benjamin (Beny) Steinmetz to respond to the discovery requests served on March 31, 2020 and for such other relief as this Court deems just and proper.

Dated: May 14, 2021
New York, New York

Respectfully submitted,

*/s/ Jeffrey A. Rosenthal*
Jeffrey A. Rosenthal
Lisa M. Schweitzer
Lisa Vicens
Members of the Firm
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000

*Counsel for Petitioner Vale S.A.*