# Exhibit 2

```
Professional Civil Partnership
       Yann JEZEQUEL
      Christine PINHEIRO
    And Anne-Sophie GRUEL
       Associated Bailiffs
        44 rue Poliveau
          75005 PARIS
```

# SENT LETTER

[logo] BAILIFF

# CERTIFIED REPORT

## YEAR TWO THOUSAND THIRTEEN, NOVEMBER TWENTY-NINTH

### AT THE REQUEST OF:

**THE GOVERNMENT OF THE REPUBLIC OF GUINEA**, represented by the President of the Republic in office
Address for service located at the law-firm DLA PIPER UK LLP
17 rue Scribe 75009 PARIS

### WHICH STATES:

That it takes high interest in transcribing the phone records and the conversations between Mamadie Touré and Frédéric Cilins.

Which asks me, as a consequence, in order to ensure the protection of its rights, to note all relevant findings and to prepare a report.

### THEREFORE, COMPLYING WITH THIS REQUISITION:

I the undersigned, **Christine PINHEIRO**, bailiff at the Tribunal de Grande Instance of PARIS [Superior Court], residing at 44, rue Poliveau 75005 PARIS,

Hereby certified that I received today, at my office and to my attention, a closed envelope,

### I SAW, RECOGNIZED AND FOUND THE FOLLOWING:

```
Professional Civil Partnership
       Yann JEZEQUEL
      Christine PINHEIRO
    And Anne-Sophie GRUEL
       Associated Bailiffs
         44 rye Poliveau
          75005 PARIS
```

I opened the envelope and I found an USB stick inside it.

I found that this USB stick contains:

- the following folders:



- a draft transcript.

I found that the folders contain audio records.

I have listened to each of the audio files.

I subsequently took note that the transcript on the USB stick is the exact transcript of said recordings and it is reproduced below:

CONFIDENTIAL

# RECORDING OF A MEETING OF APRIL 11, 2013

Transcript of recording of a meeting between Mamadie Touré ("MT") and Frédéric Cilins ("FC").

**REFERENCES:**

Case: 4.11.2013 CW Meeting with Cilins 12-2PM

File: 0372_001 .WAV

| | | |
|---|---|---|
| 0:00:00 | | **START OF RECORDING** |
| | FBI: | This is special agent Vanessa [Stelli]. This is April 11th, 2013. This is going to be a consensually monitored conversation between the [CHS] and Frédéric Cilins. |
| 18:16 | FC | [From the phone of MT] Hello? |
| | MT: | [On the phone with FC] I can't find where you are. |
| | FC: | [From the phone of MT] In the room over there. In the airport. |
| | MT: | No, I can't find it. Which room? |
| | FC: | [inaudible] |
| | MT: | All right, I see you. |
| | FC: | Ah ok |
| | MT: | Hello. |
| | FC: | How are you? |
| | MT: | I'm fine. Are you doing well? |
| | FC: | [In] good shape? |
| | MT: | Yeah. |
| | FC: | Yeah? Do you want to grab a bite? |
| | MT: | Ok. |
| | | [inaudible - music] |
| | FC: | Did Cény drop you off? |
| | MT: | Cény didn't drop me off because I told him 3 p.m. so he said he couldn't come. |

|   |   |   |
|---|---|---|
| | FC: | The check. Yeah, yeah we want the check and um... |
| | MT: | Thank you. |
| | FC: | And um... What was I saying? Yes - what you should get when - if the group is not thrown out and it - its project is confirmed, the 5 that you should get, you'll get it for sure, no problem. Moreover, some people's story, what we are discussing now, that is, instead of being one when you [inaudible], it's going to be 200 now and 800 when the other leaves. 200 now it's because I've tried. You told me try to get an amount right away, because I need for [inaudible] there. So that's why you have 200 - |
| | MT: | But then you told me 300. |
| | FC: | I - listen, I thought of getting 300, I got 200. I'll keep trying. 200's for sure, it's accepted. I'll still see if I can get 200-250 maybe, I'll get the most. But I got 200. You see? I'll try, I promise you I'll try. |
| | MT: | But beside the 5, there will be nothing. |
| | FC: | There will be the 5 and there will be 800. That will make 6 with what you have. That's one thing, it's already accepted. Depending - listen carefully to what I tell you - because I've always told you that, because I know it's like that. Depending on how it ends. If it's good for him, if we don't cut too right, left, I don't know, there will be more. I don't know how much. There will be 3, 4, 5 more, I don't know. But there will be more. And that's the communication I was given directly by number 1, I don't even want to mention his name. It's like that. Okay? And that's for sure. |
| 1:14:03 | MT: | Number one? Michael? |
| | FC: | No, no.. Beny [whispering]. |
| | MT: | Ok. |
| | FC: | Ok? Everything I tell you is directly from Beny. The other day when I tell you, I'm - I'm waiting there during the meeting, I went on a journey, I traveled to see him directly, talk face to face, and have - everything I tell you comes from him. Nobody else. All right? |
| | MT: | I didn't know. |
| | FC: | Nobody else. Nobody else. I purposely went to see him, to see him and discuss all this thoroughly. I always told him, I always told him. Just last week, I told him, I told Beny, I always repeated that she was - that she'll never betray you, she'll never betray you, she'll never give the documents to anyone. He told me "look", he said "look, that's fine, but I want you to go see. I want you to destroy these documents." He told me, you see, "do what you want but I want you to tell me "I saw Mamadie and the documents, it's finished, there are no more documents." And with that, I tell you, I repeat, to make it clear in your mind, you'll have the scheduled 5 in any case. You will have them, if they're not kicked off. If they're still in the project. What you will have, whatever happens, is the one million, that is 200 plus 800, you'll have that - see I've got a piece of paper just like that for [he writes on a |

CONFIDENTIAL

MT: Who?

FC: You know who. There's only one person I speak to. The the the the.... the big boss. So if he says, "I want you to watch when it's destroyed," I can't lie to him. I can't lie to anybody.

MT: So what can I do? Because I tell you I will do it. I've already signed this -

FC: This is - sorry - this is not about signing. This is - the deal was that, the deal was to destroy it when we come back, but we must - we're here to make the copies.

[Inaudible then silence]

FC: Thank you. Do you have a place to put - to put this?

MT: Mmm.

FC: Let's fold it. Fold it like this?

MT: Yes

[Silence]

FC: Now we take a taxi, I'll wait for you, you'll take your key, we go there, we destroy them and that way everything's fine.

MT: You can't leave with me, Frédéric

FC: Oh dear, as you like, well I don't know. I can't tell him it's done, if it's not done. That's what I - if I haven't seen, I can't tell him. I can't -

MT: I told you, I'll do it.

FC: I know you'll do it, because it is in your interest to do so, but do you understand what I mean? I can't tell him yes if - I can't tell him that I was there if I wasn't there. I can't lie to him. I can't lie to him.

MT: Then, in this case I have to go home, and I'll call you.

FC: Ok. You go there. You do it and you give me - you tell me the address where you want us to meet and uh .. You send me a message on the phone and I will take a taxi and meet you wherever you want.

MT: Ok.

FC: All right?

MT: Yes

FC: Ok. That's settled. So I will wait for your call then? I'll wait here.

MT: Ok.

68