# Exhibit 5

```
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   ---------------------------------------X
     In re:
 4
     BSG RESOURCES LIMITED (in
 5
     administration),
 6
           Debtor in a Foreign Proceeding.
 7
     Chapter 15
 8
     Case No.: 19-11845(SHL)
 9   ---------------------------------------X
10
11                   ZOOM DEPOSITION
12                         of
13                  WILLIAM CALLEWAERT
14                      Volume I
15
16                   June 16, 2020
17        8:04 a.m., Eastern Standard Time
18
19
20
21
22
23   Job No.: 308515
24   Pages: 1 - 213
25   Reported By: Melissa Gilmore
```

```
 1
 2   A P P E A R A N C E S:
 3   DUANE MORRIS LLP
 4   Attorneys for Joint Administrators
 5        222 Delaware Avenue, Suite 1600
 6        Wilmington, Delaware 19801
 7   BY:  MICHAEL LASTOWSKI, ESQ.
 8        JARRET P. HITCHINGS, ESQ.
 9        PHONE 302-657-4942
10        E-MAIL MLastowski@duanemorris.com
11                JPHitchings@duanemorris.com
12
13
14   CLEARY GOTTLIEB STEEN & HAMILTON LLP
15   Attorneys for Vale S.A.
16        One Liberty Plaza
17        New York, New York 10006
18   BY:  JEFFREY A. ROSENTHAL, ESQ.
19        ANDRES FELIPE SAENZ, ESQ.
20        LISA VICENS, ESQ.
21        PHONE 212-225-2086
22        E-MAIL jrosenthal@cgsh.com
23                asaenz@cgsh.com
24                evicens@cgsh.com
25
```

```
 1   A P P E A R A N C E S:  (Cont'd)

 2   HUGHES HUBBARD & REED LLP

 3   Attorneys for BDO Limited and BDO LLP

 4        One Battery Park Plaza

 5        New York, New York 10004-1482

 6   BY:  DEREK J.T. ADLER, ESQ.

 7        PHONE 212-837-6086

 8        E-MAIL derek.adler@hugheshubbard.com
```

                          CALLEWAERT
1      Q.    When you're in those meetings with
2   Mr. Barnett, do you perceive him to be serving
3   in those meetings as your legal counsel with
4   legal duties to you or do you perceive him to
5   be not serving as your legal counsel with legal
6   duties to you but as a representative of a
7   third party potentially?
8      A.    In both capacities.
9      Q.    Simultaneously?
10     A.    One after the other.
11     Q.    What do you mean?
12     A.    Where we are asking him of legal
13  advice with respect to items such as ICSID,
14  LCIA and Soros, then he is acting as legal
15  advisor to BSGR.  Outside of those, he can't --
16  he won't be giving legal advice.
17     Q.    So that's the fair way they draw the
18  line.  If the discussion between the joint
19  administrators and Mr. Barnett concerns Soros,
20  concerns ICSID or concerns Vale, you consider
21  him to be your advisor, and if it's not in
22  those areas, you don't?
23     A.    In general.  That's a very broad
24  line we're drawing, but that is my rough
25  historic understanding.

CALLEWAERT

1  Q. And as to whether he is also serving
2  the interest of somebody else simultaneously,
3  you have no idea?
4  A. I have no idea.
5  Q. So has it troubled you, as a joint
6  administrator, that the joint administrators
7  find it necessary to hire AMC to perform this
8  due diligence and Nysco won't even respond to
9  you as to whether they would fund it?
10 A. I don't think the word is troubling.
11 Q. Well, how would you describe your
12 view of the situation?
13 A. It's not progressing, I think, as we
14 wish it would -- would want it to be
15 progressing.
16 Q. Is there any path forward to
17 progress the ICSID settlement if Nysco won't
18 even respond to you about funding your mining
19 consultant?
20 A. As far as I'm aware, we have not
21 considered that further.
22 Q. In the entirety of 2020, has the
23 potential ICSID settlement progressed in any
24 respect, given the stand-still on the Nysco
25 funding aspect?

CALLEWAERT

1  A. Yes, we have made a number of
2  attempts to make contact with the Republic of
3  Guinea.
4  Q. Concerning what?
5  A. How the proposed settlement might
6  move forward.
7  Q. Well, how can it move forward
8  without you being able to due diligence it?
9  A. It would be odd if we were not
10 keeping a dialogue with the main parties of the
11 proposed settlements.
12 Q. So you have reached out on a number
13 of occasions to the government of Guinea?
14 A. Yes.
15 Q. And who have you spoken to at the
16 government of Guinea?
17 A. Nobody.
18 Q. They aren't responding to you?
19 A. We have not had a-- we have not been
20 able to make direct contact with them.
21 Q. Who have you tried to reach out to
22 on behalf of the government of Guinea?
23 A. Their lawyers.
24 Q. Have you been involved in those
25 reach-outs or have others?

                            CALLEWAERT
1       A.      Others.
2       Q.      Okay.  Who?
3       A.      From memory, George Jacobs or
4   Malcolm Cohen.
5       Q.      Anybody besides George Jacobs and
6   Malcolm Cohen?
7       A.      Not that I can remember.
8       Q.      And have they told you who they have
9   tried to reach out to?
10      A.      I have been copied on e-mails on the
11  reach-outs.
12      Q.      What firm have they reached out to
13  on behalf of the government of Guinea?
14      A.      DLA Piper.
15      Q.      And, to your knowledge, DLA Piper
16  has ignored all of the reach-outs?
17      A.      As I understand it, they have made
18  onward communications, but we have not ended up
19  in further dialogue.
20      Q.      Do you know why not?
21      A.      As I understand it, there have been
22  elections in Guinea this year that have made
23  that difficult.
24      Q.      Any other reason?
25      A.      Not that I'm aware of.

```
 1              A C K N O W L E D G M E N T
 2
 3     STATE OF              )
                              :ss
 4     COUNTY OF             )
 5
 6            I, WILLIAM CALLEWAERT, hereby
 7     certify that I have read the transcript of my
 8     testimony taken under oath in my deposition;
 9     that the transcript is a true, complete and
10     correct record of my testimony, and that the
11     answers on the record as given by me are true
12     and correct.
13
14                     _____
                           WILLIAM CALLEWAERT
15
16
17     Signed and subscribed to before me
18     this _____ day of _____, ____.
19
20     _____
       Notary Public, State of _____
21
22
23
24
25
```

```
1                  C E R T I F I C A T E
2

3    STATE OF NEW YORK )
                              :ss
4    COUNTY OF RICHMOND)

5

6            I, MELISSA GILMORE, a Notary Public

7    within and for the State of New York, do hereby

8    certify:

9            That WILLIAM CALLEWAERT, the witness

10   whose deposition is hereinbefore set forth, was

11   duly sworn by me and that such deposition is a

12   true record of the testimony given by such

13   witness.

14           I further certify that I am not

15   related to any of the parties to this action by

16   blood or marriage; and that I am in no way

17   interested in the outcome of this matter.

18           IN WITNESS WHEREOF, I have hereunto

19   set my hand this 23rd day of June, 2020.

20
                      *Melissa Gilmore*
21                   _____
                          MELISSA GILMORE
22

23

24

25
```