# Exhibit 6



Legend
D = Dormant
L = Liquidated