# Exhibit 11

1

2   UNITED STATES BANKRUPTCY COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   -------------------------------------X
    In re:
5
    BSG RESOURCES LIMITED (in
6
    administration),
7
        Debtor in a Foreign Proceeding.
8
    Chapter 15
9
    Case No.: 19-11845(SHL)
10  -------------------------------------X

11

12              ZOOM DEPOSITION

13                  of

14              PETER DRIVER

15               VOLUME 1

16

17            June 18, 2020

18      8:00 a.m., Eastern Standard Time

19

20

21

22

23  Job No.: 308521

24  Pages: 1 - 189

25  Reported By: Melissa Gilmore

1

2

3  A P P E A R A N C E S:

4  DUANE MORRIS LLP

5  Attorneys for Joint Administrators

6      222 Delaware Avenue, Suite 1600

7      Wilmington, Delaware 19801

8  BY:  MICHAEL R. LASTOWSKI, ESQ.

9      JARRET P. HITCHINGS, ESQ.

10      PHONE 302-657-4942

11      E-MAIL MLastowski@duanemorris.com

12          JPHitchings@duanemorris.com

13

14  CLEARY GOTTLIEB STEEN & HAMILTON LLP

15  Attorneys for Vale S.A.

16      One Liberty Plaza

17      New York, New York 10006

18  BY:  LISA VICENS, ESQ.

19      JEFFREY A. ROSENTHAL, ESQ.

20      JULIE-IRENE NKODO, ESQ.

21      SAMUEL LEVANDER, ESQ.

22      PHONE 212-225-2086

23      E-MAIL jrosenthal@cgsh.com
            jnkodo@cgsh.com
24            evicens@cgsh.com
            slevander@cgsh.com

25

1       DRIVER

2  move to the -- at the time, it was called BSG

3  Management Services Limited, but then changed

4  to Onyx.  He then introduced me to people.  And

5  I went for an interview, and it was Lisa who

6  gave me interview.  And they agreed to employ

7  me.

8      I was happy to move from one job to

9  another and not to be unemployed.  So I moved

10  across to -- to the Onyx office.

11    Q.  Just to make sure I understood your

12  answer.  I'm not sure that I heard the name

13  that you mentioned of the person that you

14  interviewed with.

15    A.  Lisa, I believe her name was Lisa

16  James Holmes.  I think she was director or

17  office manager at Onyx or BSG Management

18  Services at the time, now called Onyx.  I'm

19  going to refer to them as Onyx, if you don't

20  mind.

21    Q.  Other than Lisa, was there anyone

22  else that you interviewed with?

23    A.  Not that I recall.  I'm sorry.  It

24  was 12 years ago.

25    Q.  Yeah.  You said that BSG Management

```
 1             DRIVER
 2   Services Limited was the name of the company
 3   that hired you; is that right?
 4       A.   Correct.  Then subsequently changed
 5   its name to Onyx, Onyx Financial Services.
 6       Q.   When did it change its name?
 7       A.   I do not recall.
 8       Q.   Do you recall why it changed its
 9   name?
10       A.   No.  I'm not involved in that
11   process.
12       Q.   You don't have any understanding of
13   why it changed its name from BSG --
14       A.   No, no.
15       Q.   I know that you mentioned that BSG
16   Resources, the reason that you -- they asked
17   you to come over to what we will call Onyx.
18            Was there anyone that you worked
19   with while you were at Cunico that also -- that
20   also came over with you to Onyx?  Was it just
21   you that moved over from the UK office?
22       A.   I think it was just me.
23       Q.   And when you worked at Cunico, did
24   you -- did you work with someone by the name of
25   Dag Cramer?
```

1        DRIVER
2    A.   I didn't work with Dag Cramer at the
3    Onyx office.  I think Dag was back then, is
4    currently now, a director of BSG Resources
5    Limited.  I won't say I worked with him.
6    Q.   So he wasn't working at Onyx during
7    the time that you worked there?
8    A.   I believe he was at Onyx at the time
9    I worked there, but I did not work with him.
10   Q.   Got it.
11        So when did you first meet him?
12   A.   When I started there, I do believe
13   he was also at the same office.  And I do
14   believe I did meet him when I was there.
15   Q.   But what you're saying is you didn't
16   interact with him while you were there?
17   A.   No, no, I don't interact with him
18   much.
19   Q.   And so, again, we're going to refer
20   to it as Onyx.  What was Onyx?  What was its
21   business?
22   A.   Do you recall I talked about De
23   Novo?  De Novo is a company that provided
24   services to other companies.  I believe Onyx
25   was the same -- kind of the same.  It was a

1 DRIVER
2 company that recruited qualified people and
3 also sent to the client.
4 Onyx, which was a large pool of
5 professionals being based in London and could
6 outsource them to do and assist operations
7 throughout the world. The main client is being
8 BSG Resources in Guernsey.
9 Q. So other than BSG Resources, you
10 mentioned that that was its main client.
11 What were its other clients?
12 A. I do not know these details. My
13 main concern was BSG Resources. So I did not
14 interact with the other companies.
15 Q. Were the other companies owned or
16 affiliated with Beny Steinmetz?
17 A. Not that I'm aware of. I do not
18 know. I cannot answer the question. I don't
19 know the owners of those separate companies.
20 Q. And you said that it mostly -- it's
21 main client was BSG Resources.
22 A. As far as I was aware.
23 Q. I see.
24 A. As far as I'm aware, it was. That's
25 what I was working on.

                    DRIVER

who are not directors of BSGR.

    Q.    And going with the example that you
spoke about, you know, having -- you know,
having -- basically, having someone who is at
the group level also involved at the Octea
level helps ensure, like you said, that Octea
is thinking about what's helpful for the group
when it makes -- when it undertakes a strategy
so that it's thinking about -- I think the
example that you used was how to ultimately get
beyond the threshold and start being able to
pay off its debt to BSGR; is that right?

    A.    It does assist in that.

    Q.    So I think that you had mentioned
before that there were four employees for BSG
Resources Limited -- and that they were all in
Guernsey when you first began that role.

          Today, how many employees does BSG
Resources Limited have?

    A.    Just to go back, can you repeat that
question?  Because I believe I said one of the
four was employed by Real Estate and two of the
others, plus me, three, were BSG Resources.

    Q.    I could be wrong, but I thought

1        DRIVER
2   that, and this is me going off my memory and
3   not looking at the transcript, I thought it was
4   David Clark, Malcolm Barnes, Gemma --
5       A.   Sorry.  And myself.  I was
6   forgetting David Clark.  I apologize.  I had
7   forgotten about David Clark.  Yes.  Sarah Bryce
8   is in Real Estate.  David Clark, Malcolm
9   Barnes, Gemma and myself were Resources.
10      Q.   So that it was four, three in
11  Resources and one at Real Estate.
12      A.   Correct.
13      Q.   Perfect.  So today, how many
14  employees --
15      A.   Today, BSG Resources has got me.
16          THE COURT REPORTER:  Mr. Driver, it
17  would be better if you let her finish the
18  question, please.
19          THE WITNESS:  Sorry.  Sorry.
20      Q.   Thank you.  And you were
21  anticipating my question, Mr. Driver, but for
22  Melissa, that is -- it's good to let me finish.
23          So my question as you anticipated
24  was, today, how many employees does BSG
25  Resources Limited have?

1          DRIVER
2     A.   One directly.  BSG Resources has
3    myself in Guernsey.  Malcolm has moved to be
4    employed directly by Octea.
5     Q.   Okay.  And when did that happen?
6     A.   When Octea migrated to Guernsey,
7    Malcolm moved across the 2nd of January 2019.
8     Q.   Okay.  And Malcolm -- I'm sorry.  Is
9    Malcolm still in Guernsey?
10    A.   Yes, he is.
11    Q.   Okay.  So as a director of BSGR, can
12   you tell me, where are the BSG Resources
13   Limited board meetings held?
14    A.   In Guernsey.  The BSG Resources
15   Limited meetings are held and hosted in
16   Guernsey.
17    Q.   And how many times a year does the
18   board meet?
19    A.   Before or after going into
20   administration?
21    Q.   Thank you, again, for that
22   clarification.
23        I'm going to ask you for both.  So
24   before administration, how many times did they
25   meet and then after administration, how many

1        DRIVER
2  times have they met?
3     A.   Okay.  After administration, I think
4  physically met once in November or
5  December 2018.  There was a planned meeting for
6  '19.  It was planned for two meetings in '19,
7  but those were postponed.  And this year
8  nothing has been planned or physically possible
9  this year.
10          Before then, I believe there were
11  four meetings a year before the administration,
12  possibly more.  I need to refer to my -- to my
13  physical meetings in Guernsey.
14          Other meetings were held where I
15  hosted a meeting in Guernsey by telephone and a
16  third meeting in Guernsey, but other
17  participants dialed into the conversation.
18     Q.   Okay.  Great.  Sorry.
19          Does BSG Resources, does it own the
20  office, the building for the office that it is
21  located in?
22     A.   No.  BSG Resources does not own the
23  building.
24     Q.   So who does own it, do you know?
25     A.   An unrelated company owns the

```
 1
 2         A C K N O W L E D G M E N T
 3
 4    STATE OF            )
                             :ss
 5    COUNTY OF           )
 6
 7           I, PETER DRIVER, hereby certify that
 8    I have read the transcript of my testimony
 9    taken under oath in my deposition; that the
10    transcript is a true, complete and correct
11    record of my testimony, and that the answers on
12    the record as given by me are true and correct.
13
14                _____
                        PETER DRIVER
15
16
17    Signed and subscribed to before me
18    this _____ day of _____, ____.
19
20    _____
      Notary Public, State of _____
21
22
23
24
25
```

C E R T I F I C A T E

STATE OF NEW YORK )
                  :ss
COUNTY OF RICHMOND)

I, MELISSA GILMORE, a Notary Public within and for the State of New York, do hereby certify:

That PETER DRIVER, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of June, 2020.


_____
MELISSA GILMORE

Peter Driver
06/18/2020

189

```
 1
 2          *** ERRATA SHEET ***
 3
    NAME OF CASE: BSG RESOURCES LIMITED
 4  DATE OF DEPOSITION: JUNE 18, 2020
    NAME OF WITNESS: PETER DRIVER
 5  Reason Codes:

 6      1.  To clarify the record.

 7      2.  To conform to the facts.

 8      3.  To correct transcription errors.

 9
10  PAGE  LINE     FROM         TO         REASON

11  ____|____|_____|_____|_____

12  ____|____|_____|_____|_____

13  ____|____|_____|_____|_____

14  ____|____|_____|_____|_____

15  ____|____|_____|_____|_____

16  ____|____|_____|_____|_____

17  ____|____|_____|_____|_____

18  ____|____|_____|_____|_____

19  ____|____|_____|_____|_____

20                  _____

21  Subscribed and sworn before me
    this____day of_____,20__.
22

23  _____     _____

24  (Notary Public)       My Commission Expires:

25
```

U.S. LEGAL SUPPORT
(877) 479-2484