# Exhibit 12

Message

| | |
|---|---|
| **From**: | Yossie Tchelet [/O=BSG RESOURCES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YOSSIE] |
| **Sent**: | 25-Feb-14 12:43:16 |
| **To**: | 'DORON L CYPRUS (doron@apmcyprus.com)' [doron@apmcyprus.com] |
| **Subject**: | Vale receipt and expenditure.xlsx |
| **Attachments**: | Vale receipt and expenditure.xlsx |

Hi Doron\here is an analysis of the application of funds from receipt of the USD500m.
Regards

regards,

Yossie Tchelet
Strategic Financial Specialist
BSG Resources Limited
O +441481812000
M +447911772002
yossie@bsgresources.com
www.bsgresources.com

CONFIDENTIAL

JA0139879
JA0139879

|  | Description | Date paid |
|---|---|---|
| $ 500,000,000.00 | Received from Vale | 4/30/2010 |
|  |  |  |
| -145,100,716.77 | Loan repayment NYSCO | 5/18/2010 |
| -1,200,000.00 | Loan repayment NYSCO | 6/28/2010 |
| -203,200,000.00 | Loan repayment NYSCO | 7/12/2010 |
|  |  |  |
| -17,000,000.00 | NYSCO (Pentler Holding Limited (Designer Brands Distribution)) - 2nd in | 5/10/2010 |
| -2,853,760.70 | Legal and advisory services ref Guinea sale | June 2010 |
| -1,500,000.00 | Consulting fees for various new projects (now dismissed) | 6/14/2010 |
| -3,000,000.00 | Funding to Windpoint ref Pentler | 8/5/2010 |
| -12,856,659.09 | Employee Remuneration (Special Compensation) | July 2010 |
| -2,780,000.00 | Koidu Holdings (Shareholder loan payment btwn BSGR & GDT/Koidu) | Oct 2010 |
| -5,005,556.22 | Investment Mozambique Coal Opportunity | 11/16/2010 |
| -1,700,000.00 | Mining, technical, Feasibility studies (Africa projects) | 11/24/2010 |
| -25,106,750.00 | Global Diamond Trading (Part of USD25m loan facility) | Nov/Dec 2010 |
| -190,238.06 | Investment in West African Projects | 2010/2011 |
| -8,500,000.00 | Investment in Projects (now dismissed) | 2010/2011 |
| -20,080,000.00 | African Petroleum (Bid for OML 30 (40% share)) | 2/18/2011 |
| -11,413,720.03 | Investment in BSGR Mediterranean | 2011 |
| -1,155,416.67 | Investment in BSGR Zambia | 2011 |
| -35,442.87 | Investment in potential Diamond projects | 2011 |
| -203,408.92 | Investment in Oil and Gas | 2011/2012 |
| -9,500,000.00 | Koidu Holdings  (Tongo -Shareholder loan payment btwn BSGD/Koidu) | 2011/2012 |
| -85,835.92 | Investment in Cupramin SA | 2012 |
| -706,164.53 | Investment in Orlight Energy | 2012 |
| -409,645.18 | Costs of Bateman Engineering Sale | 2012 |
| -26,000,000.00 | Investment in Roslindale Ltd | Apr-Oct/2012 |
|  |  |  |
| $ 416,685.04 | Remaining funds were used for running costs and small investments |  |

| Ref | Entity | Description | Amount | Date | Category | Group |
|---|---|---|---|---|---|---|
| 2010-239 | Vale S.A. | 51% buy out of BSGR Guinea | -500,000,000.00 | 4/30/2010 | | BSGR |
| 2010-246 | Ernst & Young LLP | Work performed 12/04 to 23/10 leading to production of audit status addre | 45,465.70 | 5/6/2010 | Guinea/Head Office | BSGR |
| 2010-251 | NYSCO (Pentler Holding Limited (Designer Brands Distri | 2nd installment Share Purchase Agreement | 9,000,000.00 | 5/10/2010 | | BSGR |
| 2010-252 | NYSCO (Pentler Holding Limited (Designer Brands Distri | Revaluation of Share Purchase Agreement after Guinea sale | 8,000,000.00 | 5/10/2010 | | BSGR |
| 2010-256 | BSGR Guinea | May Funding (BPMG) | 300,000.00 | 5/12/2010 | Guinea/Head Office | BSGR |
| 2010-261 | NYSCO Management Corp | Repayment of loan to BSGCM PCC | 145,100,716.77 | 5/18/2010 | BSGCM | BSGR |
| 2010-274 | BSGR to Global Diamond Trading | Loan to GDT obo BSGR Diamonds | 1,000,000.00 | 5/24/2010 | BSGR Diamonds | BSGR |
| 2010-282 | NYSCO Management Corp | Loan repayment | 1,200,000.00 | 6/28/2010 | | BSGR |
| 2010-306 | Standard Chartered Bank | Advisory services to BSGR regarding the sale of BSGR Guinea assets | 1,000,000.00 | 6/14/2010 | Guinea/Head Office | BSGR |
| 2010-308 | GDT | Funding re loan facility to Koidu | 1,900,000.00 | 6/14/2010 | | BSGR |
| 2010-310 | Yorgan Enterprises Limited | Consulting | 1,500,000.00 | 6/14/2010 | | BSGR |
| 2010-342 | Skadden, Arps, Slate, Meagher & Flom (UK) LLP | Prof fees - Agreement signed with Vale SA | 1,808,304.00 | 6/30/2010 | Guinea | BSGR |
| 2010-343 | Sandra Merloni-Horemans | Bonus agreement | 150,000.00 | 7/6/2010 | | BSGR |
| 2010-344a | Melissa Chapman (BSGMS) | Bonus agreement | 141,733.80 | 7/21/2010 | | BSGR |
| 2010-344b | Melissa Chapman (BSGMS) | Bonus agreement | 15,812.20 | 7/21/2010 | | BSGR |
| 2010-345 | Evergreen Valley Production Ltd | Bonus agreement | 800,000.00 | 7/6/2010 | | BSGR |
| 2010-346 | Manerhorn (Dag Cramer (BSGMS)) | Bonus agreement | 3,000,000.00 | 7/6/2010 | | BSGR |
| 2010-347 | Ennismore (Marc Struik) | Bonus agreement | 2,000,000.00 | 7/9/2010 | | BSGR |
| 2010-348 | Tatiana Rakitina | Bonus agreement | 200,000.00 | 7/6/2010 | | BSGR |
| 2010-349 | Asher Avidan | Bonus agreement | 2,500,000.00 | 7/6/2010 | | BSGR |
| 2010-352 | Gerry Wilson | Bonus agreement | 800,000.00 | 7/21/2010 | | BSGR |
| 2010-353 | Iwan Williams | Bonus agreement | 350,000.00 | 7/6/2010 | | BSGR |
| 2010-354 | Frank Eagar | Bonus agreement | 350,000.00 | 7/21/2010 | | BSGR |
| 2010-355 | Neil Gray | Bonus agreement | 180,000.00 | 7/6/2010 | | BSGR |
| 2010-356 | Garneth Shamalia | Bonus agreement | 180,000.00 | 7/6/2010 | | BSGR |
| 2010-357 | ROCO Consulting Corp (David Barnett) | Bonus agreement | 600,000.00 | 7/28/2010 | | BSGR |
| 2010-358a | Ibrahima Toure Sory II | Bonus agreement (Part payment) | 250,000.00 | 7/14/2010 | | BSGR |
| 2010-358b | Ibrahima Toure Sory II | Bonus agreement (remainder of payment) | 200,000.00 | 8/10/2010 | | BSGR |
| 2010-359 | Issiaga (Bangoura) Benjamin | Bonus agreement | 100,000.00 | 7/21/2010 | | BSGR |
| 2010-360 | Emil Attias | Bonus agreement | 120,000.00 | 7/6/2010 | | BSGR |
| 2010-361 | Guy Talmor | Bonus agreement | 100,000.00 | 7/6/2010 | | BSGR |
| 2010-362 | Tom Kroin | Bonus agreement | 70,000.00 | 7/6/2010 | | BSGR |
| 2010-363 | Ariel Azoulay | Bonus agreement | 70,000.00 | 7/6/2010 | | BSGR |
| 2010-364 | Yuval Cohen | Bonus agreement | 70,000.00 | 7/6/2010 | | BSGR |
| 2010-365 | Oren Koreh | Bonus agreement | 21,000.00 | 7/6/2010 | | BSGR |
| 2010-366 | Hagai Fass | Bonus agreement | 21,000.00 | 7/6/2010 | | BSGR |
| 2010-367 | Roi Kotler | Bonus agreement | 21,000.00 | 7/6/2010 | | BSGR |
| 2010-368 | Gregg Blackstock (BSGMS) | Bonus agreement | 108,662.58 | 7/21/2010 | | BSGR |
| 2010-369 | Nic Spicer (BSGMS) | Bonus agreement | 75,591.36 | 7/21/2010 | | BSGR |
| 2010-370 | Chris Constantinou (BSGMS) | Bonus agreement | 11,859.15 | 7/21/2010 | | BSGR |
| 2010-371 | David Clark | Bonus agreement | 180,000.00 | 7/6/2010 | | BSGR |
| 2010-372 | Helen Nicolle | Bonus agreement | 90,000.00 | 7/6/2010 | | BSGR |
| 2010-373 | Sarah Bryce | Bonus agreement | 80,000.00 | 7/6/2010 | | BSGR |
| 2010-390 | NYSCO Management Corp | Repayment of loan | 203,200,000.00 | 7/12/2010 | | BSGR |
| 2010-428 | Windpoint Overseas Limited - JPM account | Funding (ref: Pentler SPA) | 3,000,000.00 | 8/5/2010 | BSGR Steel | BSGR |
| 2010-498 | Koidu Holdings SA | Shareholder loan payment btwn BSGR & GDT/Koidu | 180,000.00 | 10/12/2010 | Diamonds | BSGR |
| 2010-509 | VBG - Vale BSGR Guinea | Reimbursement of office expences in May 2010 | -299,950.00 | 12/1/2010 | Guinea H/O | BSGR |
| 2010-527 | Koidu Holdings SA | Shareholder loan payment btwn BSGR & GDT/Koidu | 700,000.00 | 10/28/2010 | Diamonds | BSGR |
| 2010-540 | Global Diamond Trading | Part of USD25m loan facility | 7,226,750.00 | 11/12/2010 | | BSGR |
| 2010-544 | Companhia Carvoeria de Samoa | Investment in Prospecting Licenses - Mozambique Coal Opportunity | 5,000,000.00 | 11/16/2010 | Mozambique Coal | BSGR |
| 2010-562 | Pelagic Exploration Company | Oil and Gas Deal (paid obo BSGR Lux) | 8,500,000.00 | 11/23/2010 | BSGR Mediterranean | BSGR |
| 2010-566 | Fefania Assets Corp | Mining, technical, Feasibility studies (Africa projects) | 1,700,000.00 | 11/24/2010 | | BSGR |
| 2010-573 | Global Diamond Trading | Part of USD25m loan facility | 14,980,000.00 | 12/7/2010 | | BSGR |
| 2011-081 | African Petroleum (SDPC TOTAL NAOC African Bid EsciBid for OML 30 (40% share) (loan to BSGR Exploration) | | | 2/18/2011 | | BSGR Exploration BSGR |

| Ref | Entity | Description | Amount | Date | Code | Category | Group |
|---|---|---|---|---|---|---|---|
| 2010-562 | Pelagic Exploration Company | Oil and Gas Deal (paid obo BSGR Lux) | 8,500,000.00 | 11/23/2010 | | BSGR Mediterranean | BSGR |
| 2011-070a | Pelagic Exploration Company | Oil and Gas Deal (76% of $3.5m) | 2,660,000.00 | 2/8/2011 | | BSGR Mediterranean | BSGR |
| 2011-102 | Baker & McKenzie Amsterdam N.V. | Service rendered ref Israeli mining license | 4,936.55 | 3/2/2011 | | BSGR Mediterranean | BSGR |
| 2011-264 | Meitar, Liquornik, Geva & Leshem, Brandwein | Legal fees in connection with the aquisition of 50% interest in Pelagic Lice | 83,480.00 | 6/1/2011 | R1060 | BSGR Mediterranean | BSGR |
| 2011-275 | Dr. A Klagsbald & Co - Law Officers | Legal Fees in respect Pelagic (ILS 150,000) | 43,503.48 | 6/1/2011 | | BSGR Mediterranean | BSGR |
| 2011-316 | Yaniv & Co | Legal services - Engagement Letter ref: Pelagic | 40,600.00 | 6/22/2011 | | BSGR Mediterranean | BSGR |
| 2011-664 | Pelagic Exploration Company | Per agreement | -11,160,000.00 | 12/22/2011 | R1060 | BSGR Mediterranean | BSGR |
| 2011-671 | Meitar, Liquornik, Geva & Leshem, Brandwein | Legal fees in connection with the return of Pelagic investment | 81,200.00 | 12/29/2011 | R1060 | BSGR Mediterranean | BSGR |
| | | | 11,413,720.03 | | | | |

| Ref | Entity | Description | Amount | Date | Code | Category | Group |
|---|---|---|---|---|---|---|---|
| 2010-601 | Diesenhaus - Unitours | Travel (Paul Batt) | 302.89 | 1/5/2011 | | Israeli Oil | BSGR |
| 2011-217 | Adrian Skelt | Professional Services ref: BSGR Exp | 11,461.37 | 5/4/2011 | R1000 | Oil & Gas | BSGR |
| 2011-265 | Adrian Skelt | Professional Services ref Ghana | 6,563.26 | 5/31/2011 | R1000 | Oil & Gas | BSGR |
| 2011-266 | Count Geophysics | Consultancy services ref: Liberia & Ghana | 25,039.93 | 5/31/2011 | R1000 | Oil & Gas | BSGR |
| 2011-299 | Tim Barry | Professional Services ref Madagascar | 1,625.22 | 6/15/2011 | R1000 | Oil & Gas | BSGR |
| 2011-302 | Adrian Skelt | Professional Services ref Madagascar | 4,667.29 | 6/15/2011 | R1000 | Oil & Gas | BSGR |
| 2011-364 | Tim Barry | Consulting Services between 01/6/11 & 30/6/11 | 3,228.38 | 7/21/2011 | R1000 | Oil & Gas | BSGR |
| 2011-365 | Count Geophysics | Consultancy services ref: Sierra Leone (W Africa) | 2,483.37 | 7/21/2011 | R1000 | Oil & Gas | BSGR |
| 2011-366 | Adrian Skelt | Professional Services ref: W Africa | 7,549.44 | 7/21/2011 | R1000 | Oil & Gas | BSGR |
| 2011-436 | Adrian Skelt | Consulting Fees - July 2011 | 2,284.23 | 8/25/2011 | R1000 | Oil & Gas | BSGR |
| 2011-437 | Tim Barry | Consulting Fees - July 2011 | 1,637.59 | 8/25/2011 | R1000 | Oil & Gas | BSGR |
| 2011-438 | Abiola Ajayi | Consulting Services - W Africa | 11,000.00 | 8/25/2011 | R1000 | Oil & Gas | BSGR |
| 2011-439 | Count Geophysics | Consulting Services - Albania - one off project | 2,015.50 | 8/25/2011 | R1000 | Oil & Gas | BSGR |
| 2011-490 | Adrian Skelt | Consulting Fees - August 2011 | 6,701.56 | 9/28/2011 | R1000 | Oil & Gas | BSGR |
| 2011-491 | Tim Barry | Consulting Fees - August 2011 | 4,925.80 | 9/28/2011 | R1000 | Oil & Gas | BSGR |
| 2011-517 | Tim Barry | Consuling Fees & Expenses -September 2011 | 9,296.72 | 10/19/2011 | R1000 | Oil & Gas | BSGR |
| 2011-518 | Adrian Skelt | Consulting Fees - September 2011 | 7,087.65 | 10/19/2011 | R1000 | Oil & Gas | BSGR |
| 2011-519 | Wyvern Energy | Operations Management | 4,269.95 | 10/19/2011 | R1000 | Oil & Gas | BSGR |
| 2011-602 | Count Geophysics | Consulting Services - Albania - one off project | 58,655.18 | 11/28/2011 | R1000 | Oil & Gas | BSGR |
| 2011-603 | Adrian Skelt | Consulting Fees - October 2011 | 6,213.50 | 11/28/2011 | R1000 | Oil & Gas | BSGR |
| 2011-604 | Tim Barry | Consulting Fees - October 2011 | 2,060.60 | 11/28/2011 | R1000 | Oil & Gas | BSGR |
| 2011-665 | Adrian Skelt | Consulting Fees - November 2011 | 10,314.45 | 12/23/2011 | R1000 | Oil & Gas | BSGR |
| 2011-666 | Tim Barry | Consulting Fees - November 2011 | 5,229.63 | 12/23/2011 | R1000 | Oil & Gas | BSGR |
| 2011-667 | Count Geophysics | Consulting Services by Mr Ian Newth - November 2011 | 1,370.32 | 12/23/2011 | R1000 | Oil & Gas | BSGR |
| 2011-668 | Count Geophysics | Consulting Services by Mr David Craik - November 2011 | 5,127.03 | 12/23/2011 | R1000 | Oil & Gas | BSGR |
| 2011-669 | Count Geophysics | Consulting Services by Mr Ian Newth - October 2011 | 624.56 | 12/23/2011 | R1000 | Oil & Gas | BSGR |
| 2012-034 | A J Skelt | Payment made by error by BSGE Ref: Poonam | 1,673.50 | 12/22/2011 | R1000 | Oil & Gas | BSGR |
| | | | 203,408.92 | | | | |