# Exhibit 14



# Extraction Report
BlackBerry Generic (Physical)

BSGR_LCIA_0023318



Protection Systems

Keep You Safe

## Summary

| | |
|---|---|
| Connection Type | Cable No. 100 |
| Extraction start date/time | 20/05/2013 12:20:03 |
| Extraction end date/time | 20/05/2013 13:36:54 |
| Extraction Type | Physical |
| Selected Manufacturer | BlackBerry GSM |
| Selected Device Name | 9900 Bold |
| Unit Identifier | UFED S/N 5902962 |
| Unit Version | 1.8.6.69 |
| UFED Physical Analyzer version | 3.7.0.352 |
| Examiner name | Eliyahu Sabag, ID: 58022765 |

BSGR_LCIA_0023318

| 1000 | Call Log | 07/05/2013 19:59:02(UTC+0) | To: +447990501077 Dag Cramer | | |
|---|---|---|---|---|---|
| 1001 | Call Log | 08/05/2013 06:20:43(UTC+0) | To: +436643381501 Rene Benko | | |
| 1002 | Call Log | 08/05/2013 06:42:25(UTC+0) | To: +436643381501 Rene Benko | | |
| 1003 | Call Log | 08/05/2013 06:59:09(UTC+0) | From: +44 (20) 7 529 6610 Dag Cramer | | |
| 1004 | Call Log | 08/05/2013 07:14:13(UTC+0) | To: +436643381501 Rene Benko | | |
| 1005 | Instant Messages | 08/05/2013 07:16:29(UTC+0) | From: 2A87D0F5 To: 0x3636993e | Greg , I believe y are travelling . I just spoke with Rene , who confirmed that on friburg each party will put 50%. I insisted and suggested that BSGR will fund all if he prefer and he insisted that it is 50% each . Anyway all nonsence as it is for 2 weeks , he retriate that Rifhiesen bank reconfirm their lown and it final | |
| 1006 | Instant Messages | 08/05/2013 07:28:30(UTC+0) | From: 2A87D0F5 To: 24E5CA21 | Y have a new swiss cell ? What is the number ? | |
| 1007 | Instant Messages | 08/05/2013 07:33:04(UTC+0) | From: 2ACA8655 To: 2A87D0F5 | Hi Beny, ok, understood, will proceed on that basis. Thanks for letting me know. | |