# Exhibit 20

```
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   ---------------------------------X
     In re:
 4
     BSG RESOURCES LIMITED (in
 5
     administration),
 6
           Debtor in a Foreign Proceeding.
 7
     Chapter 15
 8
     Case No.: 19-11845(SHL)
 9   ---------------------------------X
10
11              ZOOM DEPOSITION
12                    of
13           WILLIAM CALLEWAERT
14              VOLUME II
15
16            June 17, 2020
17     8:01 a.m., Eastern Standard Time
18
19
20
21
22
23   Job No.: 308515
24   Pages: 214 - 404
25   Reported By: Melissa Gilmore
```

1
2  A P P E A R A N C E S:
3  DUANE MORRIS LLP
4  Attorneys for Joint Administrators
5      222 Delaware Avenue, Suite 1600
6      Wilmington, Delaware 19801
7  BY:  MICHAEL LASTOWSKI, ESQ.
8       JARRET P. HITCHINGS, ESQ.
9       PHONE 302-657-4942
10      E-MAIL MLastowski@duanemorris.com
11         JPHitchings@duanemorris.com
12
13
14 CLEARY GOTTLIEB STEEN & HAMILTON LLP
15 Attorneys for Vale S.A.
16     One Liberty Plaza
17     New York, New York 10006
18 BY:  JEFFREY A. ROSENTHAL, ESQ.
19      ANDRES FELIPE SAENZ, ESQ.
20      LISA VICENS, ESQ.
21      PHONE 212-225-2086
22      E-MAIL jrosenthal@cgsh.com
23         asaenz@cgsh.com
24         evicens@cgsh.com
25

1    A P P E A R A N C E S:  (Cont'd)

2    HUGHES HUBBARD & REED LLP

3    Attorneys for BDO Limited and BDO LLP

4        One Battery Park Plaza

5        New York, New York 10004-1482

6    BY:  DEREK J.T. ADLER, ESQ.

7        PHONE 212-837-6086

8        E-MAIL derek.adler@hugheshubbard.com

CALLEWAERT

1  Q. What was your reaction when you
2  first heard about this?
3  A. I don't remember.
4  Q. Do you know whether Beny Steinmetz
5  was involved in negotiating the settlement with
6  the government of Guinea?
7  A. Can you say the question again?
8  Q. Yeah. Do you know whether Beny
9  Steinmetz was involved in the negotiations with
10 the government of Guinea?
11 A. I don't have a direct knowledge of
12 that, no.
13 Q. Do you have any indirect knowledge?
14 A. My understanding is that he may have
15 been involved in some capacity with a proposed
16 settlement.
17 Q. Did Beny Steinmetz have any advanced
18 authorization from the joint administrators
19 before participating in negotiations with
20 Guinea?
21 A. No, not that I'm aware of.
22 Q. Did he tell the joint administrators
23 that he was going to have negotiations with the
24 government of Guinea?
25 A. Not that I'm aware of.

CALLEWAERT

1  Q.  Did there ever come a time when the
2  joint administrators authorized Steinmetz to
3  negotiate with the government of Guinea?
4  A.  Not that I'm aware of.
5  Q.  Are you aware of the joint
6  administrators ever authorizing Steinmetz to
7  negotiate with Guinea so long as he didn't bind
8  the joint administrators?
9  A.  Not that I'm aware of.
10 Q.  So let's take a look at tab 50 or
11 envelope 50.
12     MR. ROSENTHAL:  And we will mark
13     this as Exhibit 13.  And for the record,
14     it's a document, it's JA32245 to 47.
15     (Callewaert Exhibit 13, Meeting
16     Note, Bates Stamped JA32245 through 32247,
17     marked for identification.)
18 Q.  This is a document entitled "BDO
19 Meeting Note," and it reflects a meeting on
20 February 21, 2019.
21     Do you see that?
22 A.  Hold on.  (Document review.)
23     Yes.
24 Q.  And I note that you're not at this
25 meeting; is that correct?