# Exhibit 21

Message

| | |
|---|---|
| **From**: | Akinleye Olagbende [FORTE - Legal - General Counsel and Company Secretariat] [a.olagbende@forteoilplc.com] |
| **Sent**: | 7/16/2018 12:03:11 PM |
| **To**: | Peter Driver (Resources) [peter@bsgresources.com]; JB [FORTE - Group - GED, Finance & Risk Mgt.] [j.owotuga@forteoilplc.com]; Akin Akinfemiwa [FORTE - Group - GCEO] [a.akinfemiwa@forteoilplc.com] |
| **CC**: | demolaolufemi@gmail.com; Dag Cramer (dag@nornverdandi.com) [dag@nornverdandi.com]; David Barnett (dbarnett@barlaw.co.il) [dbarnett@barlaw.co.il]; David Granot [davidg@gdgoren.com] |
| **Subject**: | RE: Amperion sale |

Good Afternoon Peter,

Mr Otedola and Mr Steinmetz will be speaking on this matter and we will await the outcome of their discussion to know the next steps.

Regards





Akinleye Olagbende
General Counsel and Company Secretaria[t]
M: +234 8129461358 | T: +234 2776100 | Ext: 1073
13 Walter Carrington Crescent, Victoria Island

Nigeria's Foremost Integrated Energy Solutions Provider

FORTE OIL

**From:** Peter Driver (Resources) [mailto:peter@bsgresources.com]
**Sent:** Monday, July 16, 2018 11:56 AM
**To:** Akinleye Olagbende [FORTE - Legal - General Counsel and Company Secretariat] ; JB [FORTE - Group - GED, Finance & Risk Mgt.] ; Akin Akinfemiwa [FORTE - Group - GCEO]
**Cc:** demolaolufemi@gmail.com; Dag Cramer (dag@nornverdandi.com) ; David Barnett (dbarnett@barlaw.co.il) ; David Granot
**Subject:** RE: Amperion sale

Dear Akin

We refer to our previous mail dated June 27, 2018 in which we asked to be introduced to the prospective purchasers of Forte Oil's shares in Amperion and to understand the proposed terms of the sale.

We asked for this on the basis that:
1. Femi Demolaolu committed that West African Power Limited (WAP) would be able to sell its shares in Amperion together with Forte Oil should it decide to do so; and
2. WAP has a right of first refusal over Fortes Oil's shares in Amperion; and
3. WAP has consent rights over the new Shareholder if it decides not to purchase Forte Oil's shares or sell its shares to the Purchaser.

Unfortunately, rather than provide us details of the proposed transaction and identity of the Purchaser, we were surprised to receive a broker's engagement letter to initiate a process to sell WAP's shares without any reference to terms of sale or identity of the Purchaser.

WAP would like to make it clear that we do not intend to engage a broker to sell its shares in Amperion but again request you to furnish full and transparent details of the transaction terms and identity of the Purchaser of Forte Oil's shares in Amperion so that it can decide on its course of action.

We look forwards to hearing from you.


Sincerely,

**Peter Driver**
Director
**West African Power Limited**
West Wing, Frances House, Sir William Place, St Peter Port, Guernsey, GY1 1GX
M: +44 7911 772008 DDI: +44 1481 812001 F: +44 1481 812020
E: peter.driver@bsgresources.gg

---

**From:** Peter Driver (Resources)
**Sent:** 27 June 2018 09:07
**To:** Akin Olagbende <a.olagbende@forteoilplc.com>; JB Omodayo-Owotuga <j.owotuga@forteoilplc.com>; 'Akin Akinfemiwa [ FORTE- Group - GCEO]' <a.akinfemiwa@forteoilplc.com>
**Cc:** 'demolaolufemi@gmail.com' <demolaolufemi@gmail.com>; Dag Cramer (dag@nornverdandi.com) <dag@nornverdandi.com>; David Barnett (dbarnett@barlaw.co.il) <dbarnett@barlaw.co.il>
**Subject:** Amperion sale

Good morning,

We understand from Femi that Forte Oil is contemplating selling its entire shareholding in Amperion.
Femi promised that you would introduce us to and create a direct interface with the Purchaser and that this would be done immediately.

As you are aware before Forte Oil can sell its shareholding it must offer its shares to the other shareholders.
Please provide us with the identity of the Purchaser and the terms of the Purchaser's offer.

Femi has also confirmed our right to 'tag along' to sell our shares on the same terms but before we can consider this we obviously need to know the identity of the Purchaser and the terms proposed.
Even should we decide not to sell, we have the right to approve the Purchaser or not, so your prompt response is in everyone's interest.
We look forwards to hearing from you.


Regards
**Peter Driver**
Director
**West African Power Limited**
West Wing, Frances House, Sir William Place, St Peter Port, Guernsey, GY1 1GX
M: +44 7911 772008 DDI: +44 1481 812001 F: +44 1481 812020
E: peter.driver@bsgresources.gg

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify your System Administrator and the sender of the email. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this

e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

CONFIDENTIAL                                                                                                                                                          JA0127665