# Exhibit 24

**BSGR**
**BSG Resources**
**GUINEA**

**Report for the first**
**quarter**
**2008**

**Visit by Mr. STEINMETS to Conakry, owner of the BSGR company**

In the context of the increasing activity of the BSGR company, the owner Beny STEINMETZ made a work visit to Guinea on February 24 and 25, 2008.

During the course of his visit (his second to the Republic of Guinea), Mr. STEINMETZ met with the Guinean authorities to strengthen and develop the group's projects in Guinea.



Meeting with the general secretary of the office of the President of the Republic



The BSGR group's private jet



The owner of the BSGR company, Mr. STEINMETZ, accompanied by the General Director Mr. MARC STRUIK (right), Mr. SAADA PATRIK and Mr. AVIDAN ASHER (left), director of operations and the other managers on the occasion of the cultural program offered by the management on his arrival at the group's office in Coleah.

For his part, Mr. STEINMETZ advised the managers of BSG Resources to become involved in the promotion of the culture of Guinea.

2008 0402A

DIGM/DSA/CPDM
02.04.08

# BSGR



## BSG Resources
### GUINEE

## Rapport du premier trimestre
## 2008

## Visite de Monsieur STEINMETZ à conakry, Propriétaire dela société BSGR

Dans le cadre de la dynamisation des activités de la société BSGR, le propriétaire Beny STEINMETZ a rendu une visite de travail en Guinée les 24 et 25 Février 2008.

Monsieur STEINMETZ a, au cours de sa visite (la deuxieme en Republique de Guinée) rencontré les autorités Guinéenne dans le but de renforcer et de developper les projets du groupe en Guinée.



Rencontre avec le secrétaire général à la Présidencde la République



Jet privé du groupe BSGR



Le Propriétaire de la société BSGR Monsieur STEINMETZ en compagnie du dirècteur Général Monsieur MARC STRUIK (à droit), de Monsieur SAADA PATRIK et de M onsieur AVIDAN ASHER (à gauche) dirècteur des opérations et les autres responsables à l'occasion du Spectacle culturel Offert par la direction à son arrivée au siege du groupe à coléah .

De son coté, Monsieur STEINMETZ a conseiller à la dirèction de BSG Resources de s'investir dans la promotion de la culture en Guinée.