# Exhibit 29

| | |
|---|---|
| Message | |
| **From**: | Johan Van Den Braber [IMCEAEX-_O=BSG+20RESOURCES_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=977 JOHAN+20VAN@eurprd08.prod.outlook.com] |
| **Sent**: | 5/11/2016 8:08:40 AM |
| **To**: | Hans Meijer [hans@bsg-realestate.com] |
| **Subject**: | chart |
| **Attachments**: | 2015 May- BSG Group chart for ABN.xls |

**BSG Real Estate - BSG Resources chart 1 May 2015**

UBO's:
- Mrs. Agnes Steinmetz
- Mrs. Avner Steinmetz
- Mr. Beny Steinmetz
- Mr. Merav Steinmetz
- Mr. Michal Steinmetz
- Mr. Nadav Steinmetz



**Diacore Group chart 1 May 2015**



**BF Holdings chart 1 May 2015**

UBO's:
- Mr. D.L. Cramer
- Mr. Fettach Tamice



**Noville Holdings BV chart 1 May 2015**



J. van den Braber

## Belaria Realty BV chart 1 May 2015



J. van den Braber