# Exhibit 31
