# Exhibit 34

**ROSLINDALE PTE. LTD.**
(Company Registration No. 201130750G)
(Incorporated in the Republic of Singapore)

**DIRECTORS' RESOLUTIONS IN WRITING PURSUANT TO ARTICLE 104(A) OF THE COMPANY'S ARTICLES OF ASSOCIATION**

---

1. **DIRECTORS' REPORT AND AUDITED FINANCIAL STATEMENTS**

   **RESOLVED –**

   THAT the Directors' Report and Audited Financial Statements for the financial year ended 31 December 2014 be and are hereby approved.

   THAT the two Directors of the Company, be empowered to sign the Directors' Report and the Statement by Directors in respect of the Audited Financial Statements for the financial year ended 31 December 2014 for and on behalf of the Board.

2. **ANNUAL GENERAL MEETING**

   **RESOLVED –**

   THAT the Annual General Meeting of the Company be convened as soon as practicable and that the Secretary be and is hereby authorised to issue notice in respect thereof.

Dated:



Doron Menashe Levy
Director

Gowri Saminathan Mrs Gowri Wade
Director

Document Contains Unredacted Personal Email/Nationality GDPR Personal Data
Case 1:19-cv-03619-VSB   Document 74-34   Filed 05/14/21   Page 3 of 7

## ROSLINDALE PTE. LTD.
## Company Registration Number: 201130750G

### ANNUAL STATEMENT BY A PRIVATE COMPANY

I, the undermentioned officer of the abovementioned company, hereby declare that:-

(i) The particulars of the above company in this annual return are accurate and up to date as at ;

(ii) I have made an inspection of the share register and confirmed that all transfers have not taken place since the date of the last Annual Return;

(iii) The company is a private company and the number of its members is not more than 50 (counting joint holders of shares as 1 person and not counting any person in the employment of the company or its subsidiary or any person who while previously in the employment of the company or of its subsidiary was and thereafter has continued to be a member of the company); and

I also declare that I have verified that the financial statements herewith have been prepared in accordance with part VI of the Companies Act and where applicable, the financial information in XBRL format or information in the financial highlights stated herein is accurate.

[Redacted - GDPR - Personal Data]

GOWRISAMINTHAN MRS GOWRI WADE
DIRECTOR
NRIC No: S7043934D

[Redacted - GDPR - Personal Data]

# ROSLINDALE PTE. LTD.
## Company Registration Number: 201130750G

## DECLARATION BY THE OFFICER MAKING THIS ANNUAL RETURN

This Annual Return was completed and signed by me on

It includes and is filed together with the following which have been laid before the above named company at its annual general meeting held on the date ;

(1) the report and statement of the directors which contain the information as required under section 201 of the Companies Act;

(2) the report of the auditors;

(3) the last audited balance sheet;

(4) the last audited profit and loss account; and

(5) the notes to the accounts.

[Redacted - GDPR - Personal Data]

GOWRI SAMINTHAN MRS GOWRI WADE
DIRECTOR
[Redacted - GDPR - Personal Data]

[Redacted - GDPR - Personal Data]

Document Contains Unredacted Personal Email/Nationality GDPR Personal Data
Case 1:19-cv-03619-VSB   Document 74-34   Filed 05/14/21   Page 5 of 7

# Singapore ACRA Electronic Filing
# Document Summary
# Annual Return / Summary of Returns Report

| | |
|---|---|
| Company Name | ROSLINDALE PTE. LTD. |
| Company Number | 201130750G |
| XML File Name | |

## Company Details

| | |
|---|---|
| Company Name | Roslindale Pte. Ltd. |
| UEN | 201130750G |
| Company Type | Non-Exempt Private Company Limited by Shares |

## Activities

| | |
|---|---|
| SSIC Code 1 | 64202 |
| Principal Activity 1 | Other investment holding companies |
| SSIC Code 3 | 46900 |
| Principal Activity 3 | General wholesale trade (including general importers and exporters) |

## Addresses

| | |
|---|---|
| Registered Office Address | 80 Raffles Place   #26-01 Uob Plaza 1   Singapore 048624 |

## Auditor Details

| | |
|---|---|
| Auditor | Tknp International |
| Auditor No | T00PF0678C |
| Appointment Date | 14/01/2014 |
| Auditor's Address | 141 Cecil Street   #10-01 Tung Ann Association Building   Singapore 069541 |

## Charges

| | |
|---|---|
| Charge number | C201316021 |
| Registration Date | 29/11/2013 |

## Company Officers

| | |
|---|---|
| Type | Individual |
| Individual Name | Cheng Lian Siang |
| Date of Birth | N/A |
| Nationality | Singaporean |
| Address | Redacted - GDPR - Personal Data |
| NRIC No | Redacted - GDPR - Personal Data |
| Singapore Citizen | Yes |
| Position | Secretary |
| Appointment Date | 28/11/2011 |
| | |
| Type | Individual |
| Individual Name | Doron Menashe Levy |
| Passport number | Redacted - GDPR - Personal Data |
| Passport issued | |
| Passport issued | |
| Date of Birth | Redacted - GDPR - Personal Data |
| Nationality | Israeli |
| Address | Redacted - GDPR - Personal Data |
| Singapore Citizen | No |
| Position | Director |

CONFIDENTIAL                                                                    JA0056074

# Singapore ACRA Electronic Filing
## Document Summary
## Annual Return / Summary of Returns Report

| | |
|---|---|
| Company Name | ROSLINDALE PTE. LTD. |
| Company Number | 201130750G |
| XML File Name | |

| | |
|---|---|
| Appointment Date | 28/11/2011 |
| Type | Individual |
| Individual Name | Gowri Saminathan Mrs Gowri Wade |
| Date of Birth | N/A |
| Nationality | Singaporean |
| Address | Redacted - GDPR - Personal Data |
| NRIC No | Redacted - GDPR - Personal Data |
| Singapore Citizen | Yes |
| Position | Director |
| Appointment Date | 15/03/2013 |
| | |
| Type | Individual |
| Individual Name | Pathima Muneera Azmi |
| Date of Birth | N/A |
| Nationality | Singapore, P.R. |
| Address | Redacted - GDPR - Personal Data |
| NRIC No | Redacted - GDPR - Personal Data |
| Singapore Citizen | No |
| Position | Secretary |
| Appointment Date | 28/11/2011 |

**Issued Capital**

| | |
|---|---|
| Class of shares | CRPS |
| Share type | Other shares |
| Currency | Singapore Dollar |
| Issued shares | 64,826,482 |
| Amount paid | 64,826,482.00 |
| Amount unpaid | 0.00 |
| | |
| Class of shares | ORD0 |
| Share type | Ordinary shares |
| Currency | Singapore Dollar |
| Issued shares | 1 |
| Amount paid | 1.00 |
| Amount unpaid | 0.00 |
| | |
| Class of shares | ORD0 |
| Share type | Ordinary shares |
| Currency | US Dollar |
| Issued shares | 20,000,000 |
| Amount paid | 20,000,000.00 |
| Amount unpaid | 0.00 |

**Member Details**

| | |
|---|---|
| Type | Unregistered Foreign Entity |
| Company Name | Bsg Resources Limited |
| Address | West Wing   Frances House   Sir William Place   St Peter Port   Guernsey   Channel Islands |
| Shares allotted to member | |

CONFIDENTIAL

JA0056075

# Singapore ACRA Electronic Filing
## Document Summary
## Annual Return / Summary of Returns Report

| | |
|---|---|
| Company Name | ROSLINDALE PTE. LTD. |
| Company Number | 201130750G |
| XML File Name | |

| | |
|---|---|
| Class of Shares | Other |
| - No of Shares | 64,826,482 |
| - Date entered register | 31/12/2014 |
| | |
| Type | Unregistered Foreign Entity |
| Company Name | Wandering Star Limited |
| Address | Trinity Chambers   P.O. Box 4301   Road Town   Tortola   British Virgin Islands |
| Shares allotted to member | |
| Class of Shares | Ordinary |
| - No of Shares | 20,000,001 |
| - Date entered register | 28/11/2011 |

**Dates and Certificates**

| | |
|---|---|
| Annual Return Date | |
| Financial Year End Date | 31/12/2014 |
| AGM Date | |
| Accounts qualified | No |
| Company is solvent | Yes |

I hereby declare that the information contained in this form is true and correct and acknowledge that this information will be filed electronically with the Accounting and Corporate Regulatory Authority in Singapore.

Redacted - GDPR - Personal Data

**Signature of authorised representative of the company:**

**Name of authorised representative of the company:** GOWRI SAMINTHAN MRS GOWRI WADE

**Date:**

- 3 -

CONFIDENTIAL                                                                                                       JA0056076