# Exhibit 35

Dear:

Nammax Oil & Gas Ltd.
Herzliya, PO Box 4030, 4614001



[Israel seal]

**State of Israel**
**Ministry of Justice**
**Corporations Authority**
**Corporations and Partnerships Registry**



[Corporations Authority]

27 Av 5778
08/08/2018

### Subject: Confirmation of Registration of Allotment of Shares
**Nammax Oil & Gas Ltd.**
514617158

We hereby confirm that according to the statement received by our office on 08/08/2018, a share allotment has been registered for the company in question.

Find below a list of shareholders in the company following the allotment:

| ID | Name | Address | Qty | Type | Share Value | Currency | Type of Holding | Holding # |
|---|---|---|---|---|---|---|---|---|
| 66238197 | Meirav Steinmetz Schwartz | Sderot Hatsiyonut 7, Tel Aviv-Yafo 6215707 | 3128 | Ordinary | 1.00 | NIS | Ordinary | |
| 201130750 | ROSLINDALE_LTD PTE | | 1010 | Ordinary | 1.00 | NIS | Ordinary | |
| 513901330 | Altshuler Shaham Investment House | HaBarzel St. 19, Entrance A, Floor 5, Tel Aviv-Yafo 6971026 | 5 | Ordinary | 1.00 | NIS | Trust | |

Sincerely,

Corporations Authority

Corporations and Partnerships Registry

[stamp:]
Corporations Authority
Confirmation that this document is electronically signed and is a true copy of the document (original or copy) in the Corporation Authority's company file upon the date of signing.

* Type of Holding = Type of Holding. Holding # = Shared Holding #

---

Yirmiyahu St 39, Migdalei HaBira 1, Jerusalem 9446722, PO Box 28093, Jerusalem, 9128002
http://Taagidim.justice.gov.il 1-700-70-60-44
Public Service Hours: S/M/W/R 08:30-12:30; T Submission of Documents Only (At Entrance)

# LIONBRIDGE

STATE OF NEW YORK      )
                       )
                       )  ss
                       )
COUNTY OF NEW YORK     )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Hebrew into English of the attached Confirmation of Registration of Allotment of Shares, dated August 8, 2018.

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me this 6th day of June, 20 20.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

לכבוד
נאממאקס אויל אנד גז בע"מ
הרצליה ת.ד. 4030  4614001



מדינת ישראל
משרד המשפטים
רשות התאגידים
רשם החברות והשותפויות



כ"ז אב תשע"ח
08/08/2018

**הנדון: אישור בדבר רישום הודעה על הקצאת מניות**
**נאממאקס אויל אנד גז בע"מ**
514617158

הננו לאשר כי בהתאם לדיווח שנתקבל במשרדנו ביום 08/08/2018, נרשמה ביום הקצאת מניות בחברה.

להלן רשימת כל בעלי המניות בחברה לאחר הרישום:

| מספר זיהוי | שם | כתובת | כמות | סוג | ערך מניה | מטבע | ס. אחזקה | מ. אחזקה |
|---|---|---|---|---|---|---|---|---|
| 66238197 | מירב שטינמץ שוורץ | שד' הציונות 7 תל אביב - יפו 6215707 | 3128 | רגילות | 1.00 | שקל חדש | רגילה | |
| 201130750 | ROSLINDALE PTE LTD | | 1010 | רגילות | 1.00 | שקל חדש | רגילה | |
| 513901330 | אלטשולר שחם נאמנויות בע"מ | הברזל 19 כניסה א קומה 5 תל אביב - יפו 6971026 | 5 | רגילות | 1.00 | שקל חדש | בנאמנות | |

בכבוד רב,

רשות התאגידים
רשם החברות והשותפויות

* ס.אחזקה= סוג אחזקה. מ.אחזקה= מספר אחזקה משותפת.

רחוב ירמיהו 39, מגדלי הבירה בניין 1, ירושלים 9446722, ת"ד 28093 ירושלים 9128002
טלפון: 1-700-70-60-44 http://Taagidim.justice.gov.il
(שעות קבלת קהל: ימים א', ב', ד', ה' 08:30-12:30; יום ג' הפקדת מסמכים בלבד (בהומת מסה

