# Exhibit 39

# Niron Metals

## Marcos Camhis

*Member of the Board of Niron Metals Plc*

- Founder and CEO of private equity specialist firm FOS Asset Management SA, Switzerland
- Proven experience in private equity transactions and structured finance in mining and metals, natural resources and real estate
- Former Head of Alternative Investments at EFG Bank (EFG International Group), Switzerland and Risk Management consultant at PwC, UK



© 2021 Niron Metals. All Rights Reserved.