# Exhibit 40

Register of Directors and Officers of **Global Special Opportunities Ltd.**

Registration No. **157958B**

| Name | Address | Occupation | Position Held | Date of Election | Date when ceased to be an Officer | Remarks |
|---|---|---|---|---|---|---|
| Dimitrios Paschos | Norwood Carriage House, 34 Pitts Bay Road, Pembroke HM06, Bermuda | Fund Manager | Director | 26-Oct-2009 | | |
| Andreas Matathias | Iraklio, Greece | Lawyer | Director | 26-Oct-2009 | 18-Feb-2010 | |
| Efthimios Sfikas | Athens, Greece | Attorney | Director | 17-Feb-2010 | 01-Feb-2012 | |
| Charalampos Sfetsos | Athens, Greece | Mechanical Engineer | Director | 01-Nov-2010 | 05-Dec-2013 | |
| Ioannis Prokopis | Thasou 26, Varkiza 16672, Greece | Investment Professional | Director | 05-Dec-2013 | 17-Dec-2014 | |
| Marcos Camhis | 22 A Route de GY Meinier, Geneva Switzerland | Managing Director | Director | 17-Dec-2014 | | |
| Jozef C Hendriks | Sea Fever, 34 South Road, Southampton SN 01, PO Box SN6 | Director | Director & Chairman | 15-Feb-2016 | | |
| SILEX MANAGEMENT LIMITED | c/o Trinity Chambers P.O. Box 4301, Road Town Tortola, British Virgin Islands | Company | Director | 29-Mar-2016 | | |

Certified to be a true and correct copy of the original document.

Registered Agent
Delaney Corp. (Bahamas) Ltd.
By Its Authorised Representative



*Updated 22 June 2017*