# Exhibit 42



**CMA Global Hedge PCC Limited
Quarterly Investor Call
February 18, 2009**

**Moderators:**
Sabby Mionis, CEO & CIO
Yannis Procopis, Deputy CIO
Marcos Camhis, Director
C.M. Advisors Ltd.

www.cmaglobalhedge.com

# Disclaimer

- The information contained herein does not constitute an offer to sell, exchange or transfer any securities of CMA Global Hedge and is not soliciting an offer to purchase, exchange or transfer such securities in any jurisdiction where the offer, sale, exchange or transfer is not permitted or to any person or entity to whom it is unlawful to make that offer, sale, exchange or transfer. The prospectus published on 30 June 2006 in connection with the IPO contains further details of the selling restrictions in such jurisdictions. This presentation is not an offer of securities for sale in the United States. The shares discussed herein have not been and will not be registered under the United State Securities Act of 1933, as amended (the "Securities Act") or with any securities regulatory authority of any state or other jurisdiction of the United States and may not be offered or sold in the United States, or to, or for the account or benefit of, US Persons (as such terms are defined in Regulation S under the Securities Act) absent registration or an exemption from registration. No public offering of the securities discussed herein is being made in the United States. This presentation is not for distribution in or into the United States.

- The contents of this presentation include statements that are, or may be deemed to be, "forward-looking statements". These forward-looking statements can be identified by the use of forward-looking terminology, including the terms "believes", "estimates", "anticipates", "expects", "intends", "may", "will", or "should", and include statements made concerning the intended results of the Company's strategy. By their nature, forward-looking statements involve risks and uncertainties and readers are cautioned that any such forward-looking statements are not guarantees of future performance. CMA Global Hedge's actual results may differ materially from those predicted by the forward-looking statements. CMA Global Hedge undertakes no obligation to publicly update or revise forward-looking statements, except as may be required by law

# Agenda

- Terms & Structure
- Restructuring Highlights
- NAV & Share Price
- NAV Performance
- Historical Returns
- Portfolio Construction
- Strategy Performance Contribution
- Appendix: Investment Process
    - Investment Selection Process
    - Portfolio Construction
    - Portfolio Management

# Terms & Structure

- **Structure:** Guernsey registered fund of hedge funds, listed on the London Stock Exchange's Main Market
- **Inception date:** 19 July 2006
- **Currency Classes:** USD, EUR, GBP
- **Company size:** USD 311.48 million (as of 31 December 2008)
- **Strategy:** invest in a diversified portfolio of 35 to 50 individual hedge funds across a broad and uncorrelated range of strategies. Allocation: 35%-40% to Equity and Arbitrage strategy groups, 20%-25% to Trading managers
- **Target annual return:** LIBOR* plus 7% over an investment cycle with low volatility relative to the equity markets
- **Leverage:** 47% as at the end of January 2009
- **Focus on transparency:** weekly estimated NAV, monthly newsletter, website, quarterly investor calls
- **Conversion:** Semi-annual conversion between currency classes

* The relevant LIBOR rate for each class of Shares is the LIBOR rate in the relevant currency for each class of shares.

4



# Restructuring Highlights

- **EGM Results**

- Shareholder vote at Extraordinary General Meeting held on December 17th
- Both Resolutions passed with 98.18% of the votes cast in support

- **Restructuring proposals**

- Two redemption offers in December 2008 and March 2009 of up to 20 per cent. of the Company's issued share capital with a Redemption Fee of 4 per cent. payable to the Manager

- Creation of an on-going Redemption Facility, whereby Shareholders have the opportunity to have up to 20 per cent. of their Shares redeemed on a half yearly basis at the discretion of the Directors, with a Redemption Fee of 4 per cent. for 2009, 3 per cent. in 2010 and 2 per cent. in 2011

- Reduction of the Management Fee being paid to the Manager in accordance with the Investment Management Agreement from 1.25 per cent. annually to 1 per cent. annually of the Total Assets of the Company

- **December Redemption Process**

- Redemption process was successfully completed on February 12th 2009

- The total number of shares redeemed by Shareholders on that date represent; 2,010,410 Euro Shares, 1,644,826 Sterling Shares and 2,600,456 US Dollar Shares. The total value of the Shares to be redeemed, that is, the Redemption Portfolio based on the final NAV per Share as at 31 December 2008 is US$ 62,295,863

# NAV & Share Price

- NAV Growth and Share Prices as of 31-December-2008:

| Share Class | NAV | Share Price | Return Since Inception | Standard Deviation | Sharpe (2% risk free rate) |
|---|---|---|---|---|---|
| USD | $8.15 | $3.68 | -15.54% | 10.82% | -0.77 |
| EUR | €7.85 | €3.39 | -18.65% | 10.97% | -0.90 |
| GBP | £7.96 | £4.03 | -17.51% | 11.07% | -0.84 |

- Market Capitalisation as of 31-December-2008:
  - USD class: $48.83 million
  - EUR class: €35.96 million
  - GBP class: £30.22 million

Source: Bloomberg.

# NAV Performance



NAV Growth August 2006 – December 2008

# Effect of Leverage on NAV Performance

## 2008 Performance Analyzed

| | |
|---|---:|
| **Portfolio Gross Return** | -11.48% |
| **Management fee** (1.25% x 9/12) | -1.25% |
| **Leverage Effect** (-8.10% - 0.94%) x 2 | **-25.97%** |
| **Cost of Leverage** (Average Libor 2.96% + 93bps) x 9/12 | -3.75% |
| **Return After Leverage** | **-29.72%** |
| **Other Fees** (-0.21% x 9/12) | -0.20% |
| **Net Return Estimate** | **-29.92%** |

CMA global hedge

# Historical Returns

| Class | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USD | 2008 | -3.01% | 0.98% | -5.09% | -0.09% | 0.56% | -0.28% | -4.06% | -2.89% | -9.12% | -7.31% | -2.24% | -1.93% | **-29.92%** |
| USD | 2007 | 0.88% | 1.06% | 1.72% | 2.45% | 2.94% | 0.71% | 1.06% | -2.28% | 2.51% | 4.72% | -2.92% | 0.09% | **13.46%** |
| USD | 2006 | - | - | - | - | - | - | - | 0.31% | -0.10% | 1.86% | 1.83% | 2.19% | **6.19%** |
| EUR | 2008 | -2.93% | 0.91% | -4.89% | 0.00% | 0.57% | -0.19% | -3.98% | -3.06% | -8.87% | -9.06% | -2.21% | -1.26% | **-30.35%** |
| EUR | 2007 | 0.69% | 0.98% | 1.55% | 2.20% | 2.90% | 0.64% | 0.81% | -2.42% | 2.11% | 4.59% | -3.01% | 0.00% | **11.36%** |
| EUR | 2006 | - | - | - | - | - | - | - | 0.10% | -0.31% | 1.56% | 1.53% | 1.91% | **4.86%** |
| GBP | 2008 | -2.95% | 1.16% | -4.95% | 0.00% | 0.65% | -0.18% | -3.79% | -3.08% | -8.63% | -8.79% | -3.10% | -2.21% | **-30.96%** |
| GBP | 2007 | 0.79% | 1.07% | 1.73% | 2.27% | 2.96% | 0.81% | 0.98% | -2.30% | 2.53% | 4.67% | -2.86% | 0.00% | **13.15%** |
| GBP | 2006 | - | - | - | - | - | - | - | 0.21% | -0.10% | 1.66% | 1.73% | 2.00% | **5.59%** |

CMA global hedge

# CMA Global Hedge Portfolio Construction

➢ **Asset Allocation by Strategy (as of 31 December 2008):**



| Strategy Group | Number of Funds |
|---|---|
| Equity Long/Short | 11 |
| Arbitrage | 25 |
| Trading | 5 |
| **Total** | **41** |

# Strategy Performance Contribution

➤ **Performance portfolio contribution in the 4th Quarter 2008**

| Performance Contribution | Oct-08 | Nov-08 | Dec-08 | Q4 2008 | YTD 2008 |
|---|---|---|---|---|---|
| Equity Long/Short | -1.43% | -0.54% | -0.30% | -1.67% | -4.47% |
| Trading | -0.77% | 0.35% | 0.29% | -0.13% | -0.35% |
| Arbitrage | -0.73% | -0.69% | -0.46% | -1.77% | -6.67% |
| **Total Gross** | **-2.93%** | **-0.88%** | **-0.47%** | **-3.56%** | **-11.48%** |
| Actual Net Performance | -7.31% | -2.24% | -1.93% | -11.12% | -29.92% |

- The Arbitrage group of managers was the largest negative contributor to the 4th Quarter performance
- 27% of the underlying managers produced positive returns in 2008

# Appendix: Investment Process

# Rigorous Investment Selection Process

➢ CMA methodically narrows the list of potential investment candidates to a short-list of well-researched investment ideas



# Portfolio Construction

## Investment Objectives

**Portfolio Guidelines**

Return objectives

Risk tolerance

Investment horizon

Liquidity needs

Legal/tax considerations

## Allocation Targets

Target return: Libor + 7%
Target volatility: 7-8%

## Portfolio Construction

**Allocation View**
- Style biases (top down)
- Fund selection (bottom up)

**Quantitative Analysis**
- Risk/return optimisation
- Back testing
- Stress test/scenario analysis

**Portfolio Parameters**
- Portfolio liquidity
- FX risk management
- Risk limits

**CMA Global Hedge PCC will invest in 35-50 individual hedge funds allocating across all major hedge fund strategies based on a bottom-up selection process**

# Portfolio Management



- Continued hedge fund manager research coverage
- Analysts with multi-disciplinary backgrounds dedicated to specific funds

**Research**

**Risk Management**

**Historic**
- VAR
- Stress-testing
- Statistical Analysis
- Peer Group Analysis

**Forward Looking**
- Concentration Risk
- Market Risk
- Systemic Risk

**Portfolio**

**Portfolio Balancing**
- Conservative
- Moderate
- Aggressive

**Asset Allocation**

**Portfolio Analytics**

**Equity**
- Portfolio Beta
- Geographical Exposure
- Long/Short
- Gross Long/Short Exposure

**Arbitrage**
- Greeks
- Duration/Sensitivity
- Leverage
- Geography

**Trading**
- Asset Class Allocation
- VAR
- Leverage
- Duration
- Geography