# Exhibit 43



GOVERNMENT OF BERMUDA

Company Name: **Star West Investments Limited**

Registration Number: 51720

## Directors

| First Name | Middle Name or Initial | Surname | Address |
|---|---|---|---|
| Maxwell | LH | Quin | Victoria Place<br>31 Victoria Street<br>Hamilton<br>Bermuda<br>HM 10 |
| Jozef | C. | Hendriks | 34 South Road<br>Southampton<br>Bermuda<br>SN 01 |
| Nicholas | John | Hoskins (alternate) | Victoria Place<br>31 Victoria Street<br>Hamilton<br>Bermuda<br>HM 10 |