# Exhibit 44



Tel: + 44 1481 724561
Fax: + 44 1481 711657
mail@bdo.gg
www.bdo.gg

P O Box 180
Place du Pré
Rue du Pré
St Peter Port
Guernsey
GY1 3LL

Private and Confidential

BSG Resources Limited
West Wing
Frances House
Sir William Place
St Peter Port
Guernsey
GY1 1GX

7 March 2018

Please ask for Chris Sandall
Direct line: 0207 893 3792
Email: christopher.sandall@bdo.co.uk

Dear Sirs

**BSG Resources Limited - In Administration**
**In the Royal Court of Guernsey**

I write to inform you that on 6 March 2018 the Court made an Administration Order in respect of BSG Resources Limited ('the Company') and Malcolm Cohen of BDO LLP and I were appointed Joint Administrators. A copy of the Order is enclosed for your record.

The Joint Administrators act as agents of the Company and are under a duty to manage the affairs, business and property of the Company in accordance with the Court's directions and to take into our custody and control all property to which the Company is or appears to be entitled.

The directors of the Company have been written to under separate cover.

Yours faithfully
For and on behalf of
BSG Resources Limited

**Redacted – GDPR – Personal Data**

William Callewaert
Joint Administrator

Enc.
Copy of Administration Order

BDO Limited    Registered in Guernsey number 29684
Directors      J M Hallett FCA  S M Phillips FCA CPA  R M Searle FCA C.Dir  M B Thixton FCA  A M Trebert FCCA

BDO Limited is registered to carry on audit work in the UK by The Institute of Chartered Accountants in England and Wales.

BDO Limited, a limited liability company incorporated in Guernsey, is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.



<u>*IN CAMERA*</u>

## IN THE ROYAL COURT OF GUERNSEY

### (ORDINARY DIVISION)

IN THE MATTER OF BSG RESOURCES LIMITED

AND

IN THE MATTER OF PART XXI OF THE COMPANIES (GUERNSEY) LAW, 2008

---

### COURT ORDER

---

UPON the Application dated 27th February 2018 (the "**Application**") of BSG RESOURCES LIMITED (the "**Company**"), whose registered office is at West Wing, Frances House, St William Place, St Peter Port, Guernsey GY1 1GX and whose address for service is at Ogier, Redwood House, St Julian's Avenue, St Peter Port;

**AND UPON** reading the First Affidavit of Peter Harold Driver sworn on 27 February 2018;

**AND UPON** confirmation that administration proceedings under part XXI of The Companies (Guernsey) Law, 2008 (the "**Companies Law**") are "proceedings" within the meaning of Article 2(a), and any administrators appointed in those proceedings (being administrators of the Company) shall be deemed foreign representatives within the meaning of Article 2(d), of the UNCITRAL Model Law on Cross Border Insolvency;

**AND UPON** hearing Advocate M. C. Newman for the Applicant;

IT IS ORDERED THAT:

1   The hearing of this matter be *in camera* and the Court file be sealed;

2   Notwithstanding that the matter is heard *in camera* and the Court file is sealed, the fact of any orders made and copies of any Act of Court in this matter can be disclosed to third parties by the Joint Administrators (as such term is defined in paragraph 5 of this Order) as they see fit;

Redacted – GDPR – Personal Data

3   The hearing of this Application shall take place before a judge sitting alone pursuant to section 13(1) of The Royal Court (Reform) (Guernsey) Law, 2008;

4   An administration order be made in relation to the Company pursuant to section 374(1) of the Companies Law for the purpose of the survival of the Company, and the whole or any part of its undertaking, as a going concern;

5   Pursuant to sections 374(2) and 383(3) of the Companies Law, William Callewaert of BDO Limited, Rue du Pré, St Peter Port, Guernsey GY1 3QG and Malcolm Cohen of BDO LLP of 55 Baker Street, London W1U 7EU be appointed and sworn in as joint administrators (the "**Joint Administrators**") of the Company to manage the affairs, business and property of the Company;

6   The Joint Administrators have the power for each to act alone or jointly together and with all of the powers set out at schedule 1 to the Companies Law;

7   The Joint Administrators' remuneration and all fees and expenses properly incurred by the Joint Administrators be payable in priority to all other claims from the assets of the Company pursuant to section 383(1) of the Companies Law;

8   Pursuant to section 383(2) of the Companies Law, the Joint Administrators' remuneration in relation to the administration of the Company be fixed in accordance with the schedule of hourly rates and the description of tasks and estimates of fees specified in the Driver Affidavit;

9   The costs of and incidental to this Application be paid from the Company's assets as a cost of the administration of the Company pursuant to section 383(1) of the Companies Law; and

10  The Joint Administrators shall report to the creditors of the Company giving detailed information to the creditors regarding the progress of the administration at least once every six months from the date hereof.

**AND THE COURT ADMINISTERED** the oath of Joint Administrator with the power to act alone to the said WILLIAM CALLEWAERT, the said MALCOLM COHEN not being present to be sworn into office at a later date.

Redacted – GDPR – Personal Data

6th MARCH, 2018.

Redacted – GDPR – Personal Data

**J. R. Finch OBE**
**Judge of the Royal Court**

