# Exhibit 50




## Summary

| | |
|---|---|
| **Connection Type** | Cable No. 100 |
| **Extraction start date/time** | 20/05/2013 12:20:03 |
| **Extraction end date/time** | 20/05/2013 13:36:54 |
| **Extraction Type** | Physical |
| **Selected Manufacturer** | BlackBerry GSM |
| **Selected Device Name** | 9900 Bold |
| **Unit Identifier** | UFED S/N 5902962 |
| **Unit Version** | 1.8.6.69 |
| **UFED Physical Analyzer version** | 3.7.0.352 |
| **Examiner name** | Eliyahu Sabag, ID: 58022765 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 79 | Emails | 25/01/2013 22:45:18(UTC+0) | To: Advisor<br>To: Gregg Blackstock | `<html xmlns="http://www.w3.org/1999/xhtml">`<br>`<head>`<br>`<title></title>`<br>`<style type="text/css">`<br>`/*<![CDATA[*/`<br>`body { background-color: #FFFFFF; }`<br>`div.c1 {font-family: Arial; font-size: small}`<br>`/*]]>*/`<br>`</style>`<br>`</head>`<br>`<body>`<br>`<div>`Absolutely ! On the returns we don&#39;t have to show individual transaction results but it&#39;s important to be able to say that we&#39;ve invested x million of equity to buy y million of assets over z number of deals in so many countries`<br />`<br />`<br />`Sent from my iPhone`</div>`<br>`<div><br />`<br>`On 25 Jan 2013, at 20:55, &quot;Advisor&quot; &lt;<a href="mailto:advisor@onyxfa.com">advisor@onyxfa.com</a>&gt; wrote:<br />`<br>`<br /></div>`<br>`<blockquote>`<br>`<div><map name="navMap">`<br>`<area coords="0,0,300,73" href="http://www.exclaimer.com" shape="rect" title="Exclaimer Website" /></map>`<br>`<div class="Section1">`<br>`<div class="c1">`Anyway ,this presantation will e upgraded many times still ! `<br />`<br>`<br />`<br>`Sent from my iPad`</div>`<br>`<style type="text/css">`<br>`/*<![CDATA[*/`<br>`span.c2 {font-family: Arial; font-size: small}`<br>`p.c3 {font-family: Arial; font-size: small}`<br>`/*]]>*/`<br>`</style>`<br>`<div class="c1"><br />`<br>`On 25 Jan 2013, at 22:25, &quot;Chris&quot; &lt;<a href="mailto:chris.papachristophorou@gmail.com"></a><a href="mailto:chris.papachristophorou@gmail.com">chris.papachristophorou@gmail.com</a>&gt; wrote:<br />`<br>`<br /></div>`<br>`<div><span class="c2"></span>`<br>`<p class="c3">`Gregg,`<br />`<br>`<br />`<br>`This is a very good starting point but we need to make certain improvements`<br />`<br>`<br />`<br>`1. Can we have a map with our offices/presence ?`<br />`<br>`2. Similarly can we have a map with all the transactions that we have executed with different colours for those exited and those which are actively managed`<br />`<br>`3. Track record| I believe we need to show the amount of total equity invested, over how many deals in how many countries and the returns broken down in a) fully realised, b) partially realised or unrealised and c) a + b`<br />`<br>`For our records we need to have the returns for each investment even if we don&#39;t show it so Hans has to be fully involved`<br />`<br>`4. I have the bio of Luv and will update mine as well with some more details`<br />`<br>`5,we need to add the new venture and it&#39;s strategy and talk a bit more about the HFZ JV and future strategy as these are important initiatives for the platform`<br />`<br>`5. I will also add some edits, different wording, spelling,`<br />`<br>`6. Since we will be travelling together I will also show to you some generic presentations of other groups | Yes |
| 80 | Call Log | 28/01/2013 09:16:33(UTC+0) | From: +44 (20) 7 529 6610 Dag Cramer | | | Yes |
| 81 | Call Log | 28/01/2013 09:16:39(UTC+0) | | | | Yes |
| 82 | Call Log | 28/01/2013 09:21:41(UTC+0) | From: +44 (20) 7 529 6610 Dag Cramer | | | Yes |
| 83 | Call Log | 28/01/2013 09:21:48(UTC+0) | | | | Yes |
| 84 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57820, -0.24025) | | Yes |
| 85 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57818, -0.24034) | | Yes |
| 86 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57796, -0.23969) | | Yes |
| 87 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57823, -0.24048) | | Yes |
| 88 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57826, -0.23939) | | Yes |
| 89 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57791, -0.23987) | | Yes |
| 90 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57791, -0.23993) | | Yes |
| 91 | Locations | 28/01/2013 13:44:50(UTC+0) | | (51.57820, -0.23994) | | Yes |
| 92 | Call Log | 28/01/2013 22:25:17(UTC+0) | From: +447584682260 Asher Avidan UK | | | Yes |
| 93 | Call Log | 30/01/2013 17:51:12(UTC+0) | | | | Yes |