# Exhibit 51



# Extraction Report
BlackBerry Generic (Physical)

BSGR_LCIA_0023318



## Summary

| | |
|---|---|
| **Connection Type** | Cable No. 100 |
| **Extraction start date/time** | 20/05/2013 12:20:03 |
| **Extraction end date/time** | 20/05/2013 13:36:54 |
| **Extraction Type** | Physical |
| **Selected Manufacturer** | BlackBerry GSM |
| **Selected Device Name** | 9900 Bold |
| **Unit Identifier** | UFED S/N 5902962 |
| **Unit Version** | 1.8.6.69 |
| **UFED Physical Analyzer version** | 3.7.0.352 |
| **Examiner name** | Eliyahu Sabag, ID: 58022765 |

| 274 | 📧 Emails | 11/04/2013 15:58:58(UTC+0) | Luv@bsg-realestate.com To: Advisor | Hi – the other advisor mentioned I should share with you the job description I have put together for the Real Estate Asset Manager position we are trying to fill in New York. Attached is the long form, and the short form is below, along with a summary of our recruiting approach. Please let me know if you have any questions or comments.<br><br>Short Job Description<br><br>-Position Summary– Candidate will serve as the representative of BSG Real Estate in its newly formed joint venture with HFZ Capital, a prominent Manhattan-focused residential / mixed-use developer.<br><br>-Responsibilities:<br><br>oAsset management of existing development transactions housed within the joint venture. Active involvement in all aspects of such transactions.<br><br>oReview and analysis (inclusive of financial modeling) of new transactions within the NYC market.<br><br>oSetting up and enhancement of reporting and accounting policies and procedures.<br><br>-Experience–3 to 5 years at a real estate developer, real estate owner / operator, or private equity / accounting / investment banking firm (with a focus on real estate transactions / funds).<br><br>-Education–At least BA / BS with strong academic track record.<br><br>-Compensation–Salary + bonus. Level will reflect responsibilities as well as value add / experience.<br><br>Recruiting Approach<br><br>My approach to recruiting is as follows, and allows us to cast a decently wide net without incurring too much expense:<br><br>-Reach out to my own contacts, as I have been doing;<br><br>-I have been put in touch with a headhunting firm calledJSB Partners.They are ex-big-4-accountants / consultants who now place people in various roles in real estate and other industries. Also, they don't require exclusivity or a retainer, and their fees are 25% of first year gtd. comp (pretty reasonable compared to the market). If we sign, they are ready to send us potential candidates ASAP, and fees are only due upon success; and<br><br>-www.Select [http://www.Select] Leaders.com– This website was created during the downturn by some large real estate companies, and is a very good resource for junior to mid-level real estate focused candidates. It costs about $450 to post a position, so is very affordable. The only downside is we will have to sift through many resumes, but I have found good candidates through this resource previously.<br><br>Thanks,<br><br>Luv Shah<br><br>BSG Real Estate<br>600 Madison Avenue<br>17th Floor<br>New York, NY 10022<br>USA<br><br>D<br><br>+1 212 897 9710<br><br>O<br><br>+1 212 300 8000<br><br>M<br><br>+1 917 208 5465<br><br>Luv@bsg-realestate.com [mailto:Luv@bsg-realestate.com]<br>www.bsg-realestate.com<br>[../../../../../../Program%20Files/Exclaimer/www.bsg-realestate.com] | Yes |
| 275 | 📞 Call Log | 11/04/2013 16:39:12(UTC+0) | From: +442075296622 Asher Avidan UK | | Yes |