```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALE S.A.,

                      Petitioner,

        - against -

BSG RESOURCES LIMITED,

                      Respondent.
------------------------------------------------------------X

19-CV-3619 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This matter has been referred to me for general pretrial purposes. Accordingly, by **October 12, 2021**, the parties shall file (jointly if feasible) a letter setting forth (1) the status of proceedings, (2) any pending motions or applications requiring resolution (with reference to specific ECF docket numbers), and (3) any other matter that is ripe to raise with the Court

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: October 4, 2021
        New York, New York

Copies transmitted this date to all counsel of record.