# AH | ASSERSON HILLER PC

November 17, 2021

**FILED ELECTRONICALLY VIA CM/ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Vale S.A. v. BSG Resources Limited,* **No. 19-cv-3619 (VSB)(RWL)**

Dear Judge Lehrburger:

We are writing in connection with: (i) the Court's recent order, scheduling an in-person discovery conference for November 22nd; and (ii) the email from Your Honor's clerk to the parties, noting Your Honor's instruction that Mr. Hiller of our firm must attend the conference on behalf of Mr. Steinmetz.

Our client is grateful to the Court for accommodating his request for a discovery conference, and we confirm that Mr. Hiller will plan to attend on behalf of our client. With sincere apologies in advance, we note that Mr. Hiller is currently out of the country on behalf of other clients and will not be returning before the end of November. We would respectfully request that the Court permit Mr. Hiller to attend the conference remotely, by telephone or video conference. We are happy to take care of the necessary logistical arrangements to provide for remote attendance if that would assist.

Yours sincerely,

*[signature]*

Yisrael Hiller

cc: Counsel of record (by ECF)

**TEL AVIV**
1 Azrieli Centre
Round Tower, Floor 32
132 Menachem Begin Street
Tel Aviv 6701101
T +972 3 744 9191
F +972 3 744 6556

**NEW YORK**
11 Broadway
Suite 615
New York, NY 10004
T +1 (212) 939 7585
F +1 (212) 939 6406

www.assersonhiller.com

Trevor Asserson is only admitted to practice in England and Wales, and in Israel