USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/22/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALE S.A.,

                Petitioner,

    -against-

BSG RESOURCES LIMITED,

                Respondent.

Case No. 19-cv-3619 (VSB) (RWL)

**ORDER**

**HON. ROBERT W. LEHRBURGER, United States Magistrate Judge:**

This resolves the issue raised by interested party Steinmetz at Dkt. 86. As discussed at the conference held on November 22, 2021, Steinmetz is precluded from seeking a protective order in response to the Court's order on motion to compel dated October 15, 2021 (Dkt. 84). Steinmetz could have but did not move to reconsider or file objections within the fourteen-day period. He also sat on his rights for over a year since the discovery demands were first served on March 31, 2020. Steinmetz's time to comply with the Court's October 15, 2021 order is extended to **December 22, 2021**. Plaintiff's request for sanctions is denied without prejudice.

Dated: November 22, 2021
New York, New York

SO ORDERED.

_____
Hon. Robert W. Lehrburger
United States District Magistrate Judge

Copies transmitted this date to all counsel of record.