# Exhibit A

**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRUCT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VALE S.A.,

                    Plaintiff(s),

-against-                                                19-CV-3619(VSB)(RWL)
                                                                     AFFIDAVIT OF SERVICE

BSG RESOURCES LIMITED,

                    Defendant(s),
-------------------------------------------------------X
STATE OF NEW YORK   )
                                  S.S.:
COUNTY OF ALBANY    )

            DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

            That on the 31ST day of March, 2022, at approximately the time of 2:15P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION upon FINE ARTS NY LLC, in this action, by delivering to and leaving with NANCY DOUGHERTY an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 303 of the Limited Liability Company Law.

            Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State Street
Ste. 220
Albany, NY 12207
518-449-8411
www.dlsnational.com

**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

NANCY DOUGHERTY is a white female, approximately 65 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 120 pounds with brown hair.

_____
DEBORAH LaPOINTE

Sworn to before me this 1ST day of April, 2022

_____
NOTARY PUBLIC

Kelly A. Brunelle
Notary Public, State of New York
Certified in Rensselaer County
ID# 01BR6049023
Commission Expires 9/18/ 2025

D.L.S., Inc.
100 State Street
Ste. 220
Albany, NY 12207
518-449-8411
www.dlsnational.com