**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG • BEIJING
BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL • SILICON VALLEY

CRAIG B. BROD
NICOLAS GRABAR
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY

MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES

RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
RESIDENT COUNSEL

May 12, 2022

**VIA ECF**

The Honorable Ona T. Wang
The Honorable Robert W. Lehrburger
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> Re: *In re Application of Vale S.A. et al.,* No. 20-mc-199-JGK-OTW
> *Vale S.A. v. BSG Resources Limited*, No. 19-cv-3619-VSB-RWL
> (the "Pending Proceedings")

Dear Judge Wang and Judge Lehrburger:

Vale S.A., Vale Holdings B.V., and Vale International S.A. (collectively, "Vale"), Perfectus Real Estate Corp. ("Perfectus"), and Fine Arts NY LLC ("Fine Arts"), respectfully submit the following joint letter and stipulation pursuant to Judge Wang's Orders on April 25, 2022 (ECF No. 143) and April 29, 2022 (ECF No. 144) (the "Orders").

Vale has met and conferred with Perfectus and Fine Arts as directed by the Orders and has reached similar agreements with both to stay any further action regarding the Pending Proceedings while the parties attempt to reach a mutual agreement that would resolve the issues currently before the Court. In the interim, Vale shall continue to preserve the documents in its possession, which will be neither accessed nor destroyed. Vale, Perfectus, and Fine Arts each reserve all rights, including but not limited to their respective rights with regard to any motion to modify the protective order, with any motion to quash and/or compel compliance with the subpoenas served

The Honorable Ona T. Wang
The Honorable Robert W. Lehrburger, p. 2

in *Vale S.A. v. BSG Resources Limited*, No. 19-cv-3619, and with any motion to recover fees and costs in both cases, in the event that no final agreement is reached between the parties.

                Respectfully submitted,

                */s/ Jeffrey A. Rosenthal*
                Jeffrey A. Rosenthal
                jrosenthal@cgsh.com
                Lisa Vicens
                evicens@cgsh.com
                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                One Liberty Plaza
                New York, New York 10006
                T: 212-225-2000
                F: 212-225-3999

                *Counsel for Vale S.A., Vale Holdings B.V., and Vale International S.A.*

                */s/ Joseph Z. Hellerstein*
                Joseph Z. Hellerstein
                jzh@hellerstein-law.com
                Hellerstein & Co.
                11 Naftali Street, Suite 6
                Modiin, Israel 71724
                T: 561-367-2569

                *Counsel for Perfectus Real Estate Corp.*

                */s/ Jennifer Selendy*
                Jennifer Selendy
                jselendy@selendygay.com
                SELENDY & GAY, PLLC
                1290 Avenue of the Americas
                New York, NY 10104
                Tel: 212-390-9000

                *Counsel for Fine Arts NY LLC*