UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALE S.A., <br><br> Petitioner, <br><br> -against- <br><br> BSG RESOURCES LIMITED, <br><br> Respondent. | Case No. 19-cv-3619 |

### NOTICE OF MOTION OF EMILY BALTER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Emily Balter will move this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Vale.

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for Vale in this action.

Dated: December 20, 2022
       New York, NY

> By: */s/ Emily Balter*
> Emily Balter
> ebalter@cgsh.com
> CLEARY GOTTLIEB STEEN & HAMILTON LLP
> One Liberty Plaza
> New York, NY 10006
> Tel: (212) 225-2189

1