UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALE S.A.,<br><br>      Petitioner,<br><br> -against-<br><br>BSG RESOURCES LIMITED,<br><br>      Respondent. | Case No. 19-cv-3619 |

**DECLARATION OF EMILY BALTER PURSUANT TO LOCAL RULE 1.4**

I, Emily Balter, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of New York and am admitted to practice before the United States District Court for the Southern District of New York. On April 24, 2019, I appeared in the above-captioned case.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for Vale in this action.

3. Following December 19, 2022, I will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb").

4. Elizabeth Vicens, Jeffrey A. Rosenthal, Lisa Schweitzer, Samuel Levander, and Jonathan I. Blackman from Cleary Gottlieb have also appeared in this action on behalf of Vale and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

6. Copies of this motion have been provided to Vale.

Dated: December 20, 2022
New York, New York

*/s/ Emily Balter*
Emily Balter

2