**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x

VALE S.A.,

               Petitioner,         :
                                   :
       -against-           :
                                   :
BSG RESOURCES LIMITED,       :    Case No. 19-cv-3619 (VSB) (RWL)
                                   :
           Respondent.       :
                                   :
                                   :

------------------------------------------x

### STIPULATION AND VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

WHEREAS, in the above-captioned proceeding, Vale S.A. filed a petition for recognition and enforcement of a foreign arbitral award against respondent BSGR Resources Limited;

WHEREAS, Vale S.A., Vale Holdings B.V., and Vale International S.A. (collectively, "Vale") served a subpoena on non-party Fine Arts NY LLC ("Fine Arts" and together with Vale, the "Parties") in a proceeding captioned *In re Application of Vale S.A., Vale Holdings B.V., and Vale International S.A. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings*, No. 20-mc-199-JGK-OTW (the "1782 Proceedings"), in which the Court authorized Vale to issue a number of subpoenas pursuant to 28 U.S.C. § 1782, in aid of discovery for *Vale S.A. v. Steinmetz*, No. CL-2019-000723 (EWHC), before the High Court of Justice, Business and Property Courts of England and Wales, Commercial Court (QBD);

WHEREAS, Fine Arts produced documents and provided certain other information in response to the subpoena (the "Document Production");

WHEREAS, Vale S.A. served on non-party Fine Arts a subpoena in the above-captioned proceeding for discovery in aid of execution pursuant to F.R.C.P. 69(a)(2) to which Fine Arts' Document Production was responsive;

WHEREAS, Fine Arts claims it is entitled under the Federal Rules of Civil Procedure to the reasonable fees and costs of compliance associated with the Document Production;

WHEREAS, the Document Production did not provide any evidence that Fine Arts or Messrs. Mionis, Camhis or Procopis acted as Steinmetz's agents in connection with investments made by Fine Arts or these individuals, or that they were involved with any effort by Mr. Steinmetz or any Steinmetz entity to hide assets from creditors;

1

IT IS HEREBY STIPULATED THAT: each of the Parties and Messrs. Mionis, Camhis and Procopis agrees to release each other of all claims arising from, or relating to, the above-captioned proceeding, *Vale S.A. v. BSG Resources Ltd.*, No. 19-cv-3619-VSB-RWL, *In re Application of Vale S.A., Vale Holdings B.V., and Vale International S.A. for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings*, No. 20-mc-199-JGK-OTW, and *Vale S.A. v. Steinmetz*, No. CL-2019-000723 (EWHC)**,** with each Party to pay its own attorneys' fees, expenses, and costs.

**SO STIPULATED AND AGREED.**

Dated:  April 28, 2023

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
     Jeffrey A. Rosenthal
     Lisa Vicens

One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999
jrosenthal@cgsh.com
evicens@cgsh.com

*Attorneys for Vale S.A.*

SELENDY & GAY PLLC

By: _____
     Jennifer M. Selendy
     Vivek Tata

1290 Avenue of the Americas
New York, NY 10104
212-390-9000
jselendy@selendygay.com
vtata@selendygay.com

*Attorneys for Fine Arts NY LLC, Sabby Mionis, Marcos Camhis and Yannis Procopis*

**SO ORDERED:**  12/12/2023

**HON. VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**

The Clerk of Court is respectfully directed to close this case.